

Claim# _____0688320019_____

To Whom It May Concern:

I, _Nimbajirao Patil_, employee of Allstate Insurance Company Irving, Texas,

do certify that the enclosed is a copy of policy and or declaration page for the above

claim number, showing the coverages that were on the policy at the time of loss

of _____06/01/2015_____.


_____*Nimbajirao Patil*_____
Claim Support


State of Texas, County of Dallas

On this _____21st_____ day of _____October_____ 2022, before me personally

appeared ____Nimbajirao Patil_____ to me known to be the person who executed the

foregoing instrument and acknowledged that he/she executed the same as a free act

and deed.

OLIVIA . LEACH
Notary Public, State of Texas
Comm. Expires 01-15-2024
Notary ID 132316117

_____
Notary Public


**Exhibit "A"**

Confidential Information



*Scott Scales Ins Ag*
*358 N Jackson St*
*Frankfort IN 46041*

Information as of March 13, 2015
Policyholder(s)                                    Page **1** of 3

Policy number
**932 364 741**

Your Allstate agency is
**Scott Scales Ins Ag**
(765) 654-6000
ScottScales@allstate.com





# Help Protect Your Most Personal Asset—Your Identity

Thank you for choosing Allstate Vehicle and Property Insurance Company—we're delighted to have you with us!

I'm pleased to once again offer you the chance to continue your House & Home policy for another twelve months. With your policy about to renew, now is the perfect time for you to determine whether the coverage you have is suited to the risks you face today.

## Have You Considered Our Identity Theft Expenses Coverage?

That's why I'd like you to know about our affordable Identity Theft Expenses Coverage option. It's designed to help reimburse you for covered expenses and the hassles of restoring your good name if your identity is stolen with this increasingly common type of theft.

Identity theft is a relatively new but growing crime that can lead to refused loans, lost job opportunities, and even arrest for crimes never committed. Now you can purchase our optional coverage to help restore your identity if you become a victim of this crime.

## $40 a Year—A Small Price Now Can Help with Higher Costs Later

For just $40 a year and no deductible, we'll reimburse you for covered expenses you incur to help restore your identity, up to a coverage limit of $25,000. While some products out there today may provide less reimbursement and leave you to deal with creditors, banks, and government agencies on your own, Allstate goes a step further. We may also refer you to an identity theft restoration services company that can help you sort out the effects of an identity theft* with creditors and government agencies.

*(continued)*



| | |
|---|---|
| Policy number: | **932 364 741** |
| Policy effective date: | April 29, 2015 |
| Your Allstate agency is | Scott Scales Ins Ag |
| | (765) 654-6000 |

## Do You Have the Protection You Need?

As you review your Policy Declarations, consider whether you'd like to update your policy to include Identity Theft Expenses Coverage. To add this coverage, or to make any changes to your policy, feel free to call me at (765) 654-6000.

For more detailed information about Identity Theft Expenses Coverage, please refer to the enclosed "Identity Theft Expenses Coverage—Coverage for Identity Theft Victims" information at the back of this mailing.

## We Appreciate Your Business

Thank you again for choosing Allstate to help protect you today and prepare you for the future. I'm glad you're with us.

*Referrals, if any, are solely at the discretion of Allstate. Identity Theft Expenses Coverage is subject to qualifications, availability and policy terms. Please read the policy endorsement carefully.*

Sincerely,

Scott Scales Ins Ag
Your Allstate Agent

RP646

Policy number: **932 364 741**
Policy effective date: April 29, 2015
Your Allstate agency is Scott Scales Ins Ag
(765) 654-6000



# Your Insurance Coverage Checklist

We're happy to have you as an Allstate customer! This checklist outlines what's in this package and provides answers to some basic questions, as well as any "next steps" you may need to take.

☐ **What's in this package?**
See the *guide to your welcome package* below for the documents that are included. ***Next steps:*** review your *Policy Declarations* to confirm you have the coverages, coverage limits, premiums and savings that you requested and expected. Read any *Endorsements* or *Important Notices* to learn about new policy changes, topics of special interest, as well as required communications. Keep all of these documents with your other important insurance papers.

☐ **Am I getting all the discounts I should?**
Confirm with your Allstate Agent that you're benefiting from all the discounts you're eligible to receive.

☐ **What about my bill?**
Unless you've already paid your premium in full, we'll send your bill separately. ***Next steps:*** please pay the minimum amount by the due date listed on it. You can also pay your bill online at allstate.com or by calling 1-800-ALLSTATE (1-800-255-7828). If you're enrolled in the Allstate® Easy Pay Plan, we'll send you a statement detailing your payment withdrawal schedule.

☐ **What if I have questions?**
You can either contact your Allstate Agent or call us 24/7 at 1-800-ALLSTATE (1-800-255-7828) with questions about your coverage, or to update your coverages, limits or deductibles. Or visit us online at allstate.com.

# A guide to your renewal package



**Policy Declarations**
The Policy Declarations lists policy details, such as your property details and coverages.



**Important Notices**
We use these notices to call attention to particularly important coverages, policy changes and discounts.



**Insurance Made Simple**
Insurance seem complicated? Our online guides explain coverage terms and features:
[www.allstate.com/madesimple](www.allstate.com/madesimple)



064 070 013
15031453006658
1100000530065806 4IN000150314012210000086002008000887

# Renewal House & Home Policy Declarations



Your policy effective date is April 29, 2015

Page **1** of 4

## Total Premium for the Policy Period

| | |
|---|---|
| Premium for property insured | $714.91 |
| **Total** | **$714.91** |

## Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Protective Device | **$25.26** | Multiple Policy | **$146.18** |
| Claim Free | **$111.43** | Early Signing | **$53.04** |
| Loyalty | **$32.11** | Responsible Payment | **$263.56** |
| Welcome | **$32.11** | | |
| **Total discounts** | | | **$663.69** |

## Insured property details*

Please review and verify the information regarding your insured property. Please refer to the Estimated Home Replacement Cost Important Notice (X73182) for additional coverage information. Contact us if you have any changes.

**Dwelling Style:**
Built in 1970; 1 family; 2820 sq. ft.; 2 stories

**Foundation:**
60% Basement (0% finished)          20% Slab
20% Crawlspace

**Attached structures:**
One 2-car built-in garage          Open porch, 90 sq. ft.

**Interior details:**
One average kitchen          One average half bath
Two average full baths          One single fireplace

**Exterior wall types:**
80% vinyl siding          20% brick veneer

**Interior wall partition:**
100% drywall

**Heating and cooling:**
Average cost heat & central air
conditioning, 100%

Information as of March 13, 2015

## Summary

Named Insured(s)

Mailing address

932 364 741

Your policy provided by
**Allstate Vehicle and Property
Insurance Company**

Policy period
Beginning **April 29, 2015** through **April
29, 2016** at 12:01 a.m. standard time

Your Allstate agency is
**Scott Scales Ins Ag**
358 N Jackson St
Frankfort IN 46041
(765) 654-6000
ScottScales@allstate.com

**Some or all of the information on your
Policy Declarations is used in the rating
of your policy or it could affect your
eligibility for certain coverages. Please
notify us immediately if you believe
that any information on your Policy
Declarations is incorrect. We will make
corrections once you have notified us,
and any resulting rate adjustments, will
be made only for the current policy
period or for future policy periods.
Please also notify us immediately if you
believe any coverages are not listed or
are inaccurately listed.**

*(continued)*

IN070RBD



Renewal House & Home Policy Declarations

Policy number: **932 364 741**
Policy effective date: April 29, 2015
Your Allstate agency is Scott Scales Ins Ag
(765) 654-6000

## Insured property details* (continued)

**Additional details:**

One bow window

Interior wall height - less than 10 ft, 100%

**Fire protection details:**

Fire department subscription - no 3 miles to fire department

250 ft. to fire hydrant

**Roof surface material type:**

Composition
• 100% asphalt / fiberglass shingle

**Roof details:**

Predominant roof type: Composition Roof geometry - Gable

Age of roof - 3 years

## Mortgagees (listed in order of precedence)

**Additional Interested Party - None**

*This is a partial list of property details. If the interior of your property includes custom construction, finishes, buildup, specialties or systems, please contact your Allstate representative for a complete description of additional property details.*

# Coverage detail for the property insured

| Coverage | Limits of Liability | Applicable Deductible(s) |
|---|---|---|
| Dwelling Protection | $277,101 | • $1,000 Windstorm and Hail<br>• $1,000 All other perils |
| Other Structures Protection | $13,856 | • $1,000 Windstorm and Hail<br>• $1,000 All other perils |
| Personal Property Protection | $166,261 | • $1,000 Windstorm and Hail<br>• $1,000 All other perils |
| Additional Living Expense | Up to 12 months not to exceed $27,711 | |
| Family Liability Protection | $300,000 each occurrence | |
| Guest Medical Protection | $5,000 each person | |
| Additional Fire Department Charges | **Not purchased*** | |
| Building Codes | **Not purchased*** | |

*(continued)*

Renewal House & Home Policy Declarations
Policy number:              **932 364 741**
Policy effective date:      April 29, 2015
Your Allstate agency is     Scott Scales Ins Ag
                            (765) 654-6000



Page **3** of 4

| Coverage | Limits of Liability | Applicable Deductible(s) |
|---|---|---|
| Building Materials Theft | **Not purchased*** | |
| Building Structure Reimbursement Extended Limits | **Not purchased*** | |
| Dwelling in the Course of Construction | **Not purchased*** | |
| Electronic Data Recovery | **Not purchased*** | |
| Extended Coverage on Cameras | **Not purchased*** | |
| Extended Coverage on Jewelry, Watches and Furs | **Not purchased*** | |
| Extended Coverage on Musical Instruments | **Not purchased*** | |
| Extended Coverage on Sports Equipment | **Not purchased*** | |
| Extended Premises | **Not purchased*** | |
| Fair Rental Income | **Not purchased*** | |
| Golf Cart | **Not purchased*** | |
| Green Improvement | **Not purchased*** | |
| Home Day Care | **Not purchased*** | |
| Identity Theft Expenses | **Not purchased*** | |
| Increased Coverage on Business Property | **Not purchased*** | |
| Increased Coverage on Theft of Silverware | **Not purchased*** | |
| Loss Assessments | **Not purchased*** | |
| Mine Subsidence | **Not purchased*** | |
| Roof Surfaces Extended Coverage | Included | |
| Secondary Residence | **Not purchased*** | |
| Select Value | **Not purchased*** | |
| Water Back-Up | **Not purchased*** | |
| Yard and Garden | **Not purchased*** | |

*** This coverage can provide you with valuable protection. To help you stay current with
your insurance needs, contact your agent to discuss available coverage options and
other products and services that can help protect you.**

IN070RBD



Renewal House & Home Policy Declarations

| | |
|---|---|
| Policy number: | 932 364 741 |
| Policy effective date: | April 29, 2015 |
| Your Allstate agency is | Scott Scales Ins Ag |
| | (765) 654-6000 |

## Scheduled Personal Property Coverage

*Your policy does not include Scheduled Personal Property Coverage. This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your agent to discuss available coverage options and other products and services that can help protect you.*

## Your policy documents

Your House & Home policy consists of the Policy Declarations, any Policy Declarations Addendum, and the following documents. Please keep them together.

- House & Home Policy – AVP81
- Windstorm and Hail Deductible Endorsement – AVP82
- Roof Surfaces Extended Coverage Endorsement – AVP42
- Indiana Amendatory Endorsement – AVP217

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

► You purchased our Enhanced Package as part of your policy, which provides you with the following benefits:

- **Claim RateGuard**$^{SM}$
  This feature will help you keep your discounts and avoid a premium increase in the unfortunate event that you have a claim. If you file a claim to which we apply the Claim RateGuard$^{SM}$ feature, you will not lose the Claim Free Discount, if you already have that discount on your policy.

- **Claim-Free Bonus**
  For every twelve-month period that your policy is claim-free, you will earn a Claim-Free Bonus credit of up to 5% of your current policy's premium, which you can apply toward your next renewal premium. If your policy does not renew, we will apply the credit amount to any outstanding premium balance and any remainder refunded to you.

► Coverage A - Dwelling Protection Limit includes an approximate increase of $1,486 due to the Property Insurance Adjustment provision.  Coverage B - Other Structures Protection and Coverage C - Personal Property Protection adjusted accordingly.

► Do not pay.  Mortgagee has been billed.

---

**Allstate Vehicle and Property Insurance Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

*Steven P. Sorenson (signature)*

Steven P. Sorenson
President

*Susan L. Lees (signature)*

Susan L. Lees
Secretary

# Important notices

Policy number: **932 364 741**
Policy effective date: April 29, 2015
Your Allstate agency is Scott Scales Ins Ag
(765) 654-6000



Page **1** of 4

## Your Estimated Home Replacement Cost

Allstate has determined that the estimated cost to replace your home is: $277,101.

We based your estimated cost on information provided by you and selected data that was available to us, which is described in the "Insured property details" section of your Policy Declarations. Please review all the information in this section to ensure the accuracy of the information used to determine the estimated replacement cost of your home.

The enclosed Policy Declarations shows the limit of liability applicable to Dwelling Protection–Coverage A of your homeowners insurance policy. The estimated replacement cost of your home is the minimum amount for which we will insure your home.

The decision regarding the limit applicable to your Dwelling Protection–Coverage A is your decision to make, as long as, at a minimum, your limit equals the estimated replacement cost as determined by Allstate and does not exceed maximum coverage limitations established by Allstate.

It is important to keep in mind that your Coverage A limits reflect a replacement cost that is only an estimate based on data that was available to us when we made this estimate (this information is described in the "Insured property details" section of your Policy Declarations). The actual amount it will cost to replace your home cannot be known until after a covered total loss has occurred. Please keep in mind that we do not guarantee the adequacy of the estimate to cover any future loss(es).

### How Is the Replacement Cost Estimated?

Many factors can affect the cost to replace your home, including its age, size, and type of construction. For example, the replacement cost uses construction data, such as labor and materials, that are available to us when we made this estimate. This estimate is also based on characteristics of the home, which include information that you provided to us. You might have chosen to insure your home for a higher amount than the estimated replacement cost shown above.

### Note to Customers Renewing Their Policy

The estimated replacement cost for your home may have changed since the last time we communicated this information to you. This is because, at renewal, Allstate uses the home characteristics that you have provided to us to recalculate and update the estimated replacement cost. Using updated labor

and material rates for your zip code, Allstate takes the home characteristics you have provided and determines the updated estimated replacement cost. The information about your home's characteristics is provided in the "Insured property details" section of your Policy Declarations.

If the information about your home shown in your Policy Declarations requires any change or if you have any questions or concerns about the information contained in this Important Notice, please contact your Allstate representative, or call us at 1-800-ALLSTATE.

## Additional Information About Dwelling Protection Limits

Your policy includes a feature called "Property Insurance Adjustment" (PIA). PIA reflects changes in construction costs in your area that may have occurred during the policy period.

We would like you to know that your policy's PIA recently indicated that construction costs in your area have increased. Based on this information, we have automatically increased your Coverage A--Dwelling Protection limits.

However, it is ultimately your responsibility to consider whether the changes we have made are sufficient for your insurance needs. It is important for you to understand that these are only estimates and the new limits of your policy may not provide sufficient coverage in the event of a loss. For example, if you have done any remodeling to your home which has not been updated in our records, your home's replacement cost may be higher than our current records indicate. In that case, you may want to increase your limits to reflect such changes. Conversely, there is a possibility that your new limits may provide coverage in excess of the actual replacement cost of your home. For example, if you originally decided to insure your home at an amount that exceeded the estimated replacement cost, you may want to call your Allstate representative to discuss the current value of your home and the possibility of lowering your limits.

If you have any questions about PIA, or your policy in general, please contact your Allstate representative.

**X73182**

## Flood Insurance Notice



Important notices
Policy number:                    932 364 741
Policy effective date:            April 29, 2015
Your Allstate agency is           Scott Scales Ins Ag
                                  (765) 654-6000

In accordance with Indiana Law, we are providing all of our Property Insurance policyholders with this important communication to remind you that your property does not provide coverage for floods. This means that you will **not** have coverage for property damage from floods unless you take steps to purchase a separate policy of flood insurance at an additional premium from the National Flood Insurance Program.

This notice does not expand or increase coverage in any property policy or endorsement. That policy and accompanying endorsements remain subject to all exclusions, limitations and conditions.

If you would like more information about obtaining flood insurance coverage under the National Flood Insurance Program, please contact your agent or an Allstate representative at 1-800-ALLSTATE (1-800-255-7828).

**X67051**

# Identity Theft Expenses Coverage—Coverage for Identity Theft Victims

While modern technology has made our lives easier, it has also made it easier for thieves to commit identity theft.

Thieves begin by gaining access to personal information such as your Social Security Number, date of birth and driver's license number. They then use this information to set up fake accounts, open loans, rent housing, secure employment or even obtain medical care—all without you even knowing.

As this crime grows increasingly common, consumers need options for dealing with the costs and hassles related to identity theft—that's why we're offering Identity Theft Expenses Coverage.

## For Just $40 per Year, You Can Get Help to Restore Your Good Name

Now Allstate has a product that can help you if your identity is stolen. You can add this optional coverage to your property policy for just a few dollars a month—a small price to pay for peace of mind—especially when you consider that while other insurance companies typically require a deductible for similar protection, with Allstate there is no deductible.

## Allstate Takes Identity Theft Expenses Coverage a Step Further

If you purchase this coverage, we'll reimburse you for covered expenses you incur to restore your identity up to a $25,000 coverage limit. That's more than most companies offer for this type of coverage. This coverage includes reimbursement for:

- **Attorneys fees** (subject to applicable coverage limits)—in case you need to hire an attorney to defend you if lawsuits are brought against you by merchants or collection agencies, if you need help to remove criminal or civil judgments wrongly entered against you, or to challenge information contained in your credit report.

- **Lost wage recovery** (up to $250/day with a $5,000 cap)—this will help cover wages or salary you may lose if you need to take time off work to complete affidavits or meet with law enforcement agencies, financial institutions, credit grantors, credit reporting agencies or attorneys.

- **Loan reapplication fees**—this covers your expenses if you need to reapply for loans denied you solely because the lender received incorrect information due to identity theft.

- **Other expenses**—covers other expenses involved in restoring your identity, such as mailing costs, notary expenses and long-distance phone calls.

## You Can Get Help If You Become a Victim

If you become a victim of identity theft, you probably won't know all that is involved in restoring your name. There are many issues you would need help with, including:

- Understanding your rights as an identity theft victim.

- Filling out paperwork, including police reports.

- Issuing a Fraud Alert to the three major credit bureaus, as well as Social Security Administration, Federal Trade Commission, and U.S. Postal Service.

- Obtaining copies of your credit bureau reports.

- Working with the three major credit bureaus to restore the accuracy of your credit history.

- Reviewing your credit history to verify if fraud includes items such as public records (liens, judgments, bankruptcies); credit accounts; or errors with addresses/ prior employment.

- Issuing a fraud alert to affected financial institutions and credit card companies.

- Tracing Social Security Numbers and notifying and working with the Department of Motor Vehicles, collection agencies for creditors, and law enforcement personnel.

064 070 013
1503145320G658
N000000530065806d4N00Q0150314Q0122R00Q09800500800887

Important notices
Policy number: **932 364 741**
Policy effective date: April 29, 2015
Your Allstate agency is Scott Scales Ins Ag
(765) 654-6000



Allstate.
You're in good hands.

Page **3** of 4

This may seem overwhelming, but our Identity Theft Expenses Coverage can help. With it, if you decide to hire a firm to help you address identity theft issues such as these, you will have up to $2,000 available to pay for their services. In addition, we may refer you to a firm that specializes in addressing the effects of identity theft.* In either case, if you have this coverage you'll have peace of mind knowing you can get help to restore your identity.

## Are You in Good Hands®?

With Allstate you're getting more than great products and service. You get a team of people who know insurance and give you the freedom to manage your insurance your way. To sign up for Identity Theft Expenses Coverage, or for more information, just call your Allstate representative or log on to allstate.com.

*\* Referrals, if any, are solely at the discretion of Allstate. Identity Theft Expenses Coverage is subject to policy terms. Please read the policy endorsements carefully.*
**X71831-1**

# Additional Protection for Your Most Valuable Possessions

Property insurance covers many belongings, but some items may require higher coverage limits than those in a standard property policy.

Scheduled Personal Property (SPP) coverage gives you additional protection against loss or damage to your valuables. It's protection not typically provided with standard property coverage. SPP benefits typically include:

- No deductibles to meet
- Coverage for lost or damaged items
- Coverage for valuables kept in a storage location outside your home

## Items That May Need the Extra Protection

SPP coverage provides protection for an array of valuable personal property. Here are some of the items you can protect by purchasing SPP coverage through Allstate:

- Jewelry (including wedding rings and precious or semi-precious stones)
- Furs

- Cameras (digital, still, movie, video and related equipment)
- Silverware and antiques (including furniture)
- Musical instruments
- Collections (stamps, coins, music)
- Fine art works (including paintings, etchings, vases and sculptures)
- Manuscripts or books
- Home-office equipment (laptop, computer, audio/visual)
- Sports equipment (such as golf clubs)

## Affordable Protection for Your Valuables

The cost of SPP coverage varies, but the value of your property is the best way to determine how much coverage you need. The rates are generally a small percentage of the total value of the items you're insuring. This means that your valuables are being protected for only a fraction of the cost.

## Regularly Review Your SPP Coverage

Even if you currently have SPP coverage, it's a good idea to review it annually. It's possible that the value of your property has changed or that you've purchased new items that have not been added to your coverage.

To learn more about SPP coverage, or if you have any questions about your insurance policy in general, contact your Allstate representative, or visit us at allstate.com.

**X73169**

# Please Check Your Policy Coverage Limits

When we first issued your Allstate policy, you selected specific coverages and coverage limits to protect your property. However, your property's value may have changed since that time. We'd like to remind you that it is your responsibility to carefully review your coverages and coverage limits at each policy renewal and make sure they provide you with adequate coverage.

Please take a few minutes to review your policy. If you have any questions about your insurance coverage, or if you wish to change your policy limits, please contact your Allstate representative.

**X73175**



Important notices

Policy number:               **932 364 741**
Policy effective date:       April 29, 2015
Your Allstate agency is      Scott Scales Ins Ag
                             (765) 654-6000

## Did You Know That You Do Not Have Water Back-Up Coverage?

Understanding your coverage can help you make the right choices. We want to make sure you are aware that your policy does not currently include Allstate's Water Back-Up Coverage. Water Back-Up Coverage may provide protection for a covered loss when:

- Water or any other substance backs up through sewers or drains; or

- Water or any other substance overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

You may be interested in adding Allstate's Water Back-Up Coverage, which may minimize your out-of-pocket expenses related to this type of water damage. This coverage helps give the peace of mind of knowing *"You're In Good Hands."*

For more details about this, or any other coverages you may not currently have, please contact your Allstate representative.

Our goal is to help protect what is important to you. Thank you for choosing Allstate.

Coverage is subject to policy terms, limits, deductibles and exclusions.

**X73192**

## If You Have a Question About Your Insurance

We want to help you whenever you have a question, comment, or concern about your insurance.

If you need general information about your insurance policy, please contact your Allstate agent first. If additional information or assistance is required, you may write to us at the following address:

National Support Center
PO Box 40047
Roanoke, VA 24022-0047

If you experience a loss and need to report a claim, please call us at 1-800-ALLSTATE (1-800-255-7828), log on to allstate.com, or contact your agent.

If you: (a) need assistance of the governmental agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer you may contact the Department of Insurance by mail, telephone or email:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, IN 46204-2787

Consumer Hotline: 1-800-622-4461:
1-317-232-2395

Complaints can be filed electronically at
www.in.gov/idoi

**X5801-4**

## How We Compensate Our Agencies

The company listed below uses local agencies to assist customers with their insurance decision-making process by providing customers with information and high quality service. These agencies provide numerous services to customers on the company's behalf. Agencies are paid a commission by the company for selling and servicing the company's insurance policies and may be eligible to receive additional compensation and rewards based on performance.

Allstate Vehicle and Property Insurance Company

**X72006-1**

# Privacy Statement

Policy number: 932 364 741
Policy effective date:   April 29, 2015
Your Allstate agency is   Scott Scales Ins Ag
(765) 654-6000



Thank you for choosing Allstate. We value you, respect your privacy and work hard to protect your personal information.

This statement is provided on behalf of Allstate Insurance Company and the affiliates ("Allstate") listed at the end of this notice. We would like to explain how we collect, use and share the information we obtain about you in the course of doing business.

## Our Privacy Assurance

- We do not sell your personal or medical information to anyone.

- We do not share your information with non-affiliate companies that would use it to contact you about their own products and services, unless permitted pursuant to a joint marketing agreement.

- We require persons or organizations that represent or assist us in servicing your policy and claims to keep your information confidential.

- We require our employees to protect your personal information and keep it confidential.

As you can see, protecting your personal information is important to us. In addition to the practices described above, we use a variety of physical, technical and administrative security measures that help to safeguard your information. For Social Security Numbers (SSN), this includes restricting access to our employees, agents and others who use your SSN only as permitted by law: to comply with the law, to provide you with products and services, and to handle your claims. Also, our employees' and agents' access to and use of your SSN are limited by the law, our policies and standards, and our written agreements.

Our privacy practices continue to apply to your information even if you cease to be an Allstate customer.

## What Personal Information Do We Have and Where Do We Get It

We gather personal information from you and from outside sources for business purposes. Some examples of the information we collect from you may include your name, phone number, home and e-mail addresses, driver's license number, Social Security Number, marital status, family member information and healthcare information. Also, we maintain records that include, but are not limited to, policy coverages, premiums, and payment history. We also collect information from outside sources that may include, but is not limited to,

your driving record, claims history, medical information and credit information.

In addition, Allstate and its business partners gather information through Internet activity, which may include, for example, your operating system, links you used to visit allstate.com, web pages you viewed while visiting our site or applications, Internet Protocol (IP) addresses, and cookies. We use cookies, analytics and other technologies to help:

- Evaluate our marketing campaigns

- Analyze how customers use our website and applications

- Develop new services

- Know how many visitors have seen or clicked on our ads

Also, our business partners assist us with monitoring information including, but not limited to, IP addresses, domain names and browser data, which can help us to better understand how visitors use allstate.com.

## How We Use and Share Your Personal Information

In the course of normal business activities, we use and share your personal information. We may provide your information to persons or organizations within and outside of Allstate. This would be done as required or permitted by law. For example, we may do this to:

- Fulfill a transaction you requested or service your policy

- Market our products

- Handle your claim

- Prevent fraud

- Comply with requests from regulatory and law enforcement authorities

- Participate in insurance support organizations

The persons or organizations with whom we may share your personal information may include, among others:

- Your agent, broker or Allstate-affiliated companies

- Companies that perform services, such as marketing, credit card processing, and performing communication services on our behalf

- Business partners that assist us with tracking how visitors use allstate.com

- Other financial institutions with whom we have a joint marketing agreement

- Other insurance companies that play a role in an insurance transaction with you



Privacy Statement

Page **2** of 3

| | |
|---|---|
| Policy number: | **932 364 741** |
| Policy effective date: | April 29, 2015 |
| Your Allstate agency is | Scott Scales Ins Ag |
| | (765) 654-6000 |

- Independent claims adjusters
- A business or businesses that conduct actuarial or research studies
- Those who request information pursuant to a subpoena or court order
- Repair shops and recommended claims vendors

## The Internet and Your Information Security

We use cookies, analytics and other technologies to help us provide users with better service and a more customized web experience. Additionally, our business partners use tracking services, analytics and other technologies to monitor visits to allstate.com. The website may also use Web beacons (also called "clear GIFs" or "pixel tags") in conjunction with cookies. If you prefer, you can choose to not accept cookies by changing the settings on your web browser. Also, if you would like to learn about how we gather and protect your information over the Internet, please see our online privacy statement located at the bottom of the allstate.com homepage.

To learn more, the allstate.com Privacy Statement provides information relating to your use of the website. This includes, for example, information regarding:

1) How we collect information such as IP address (the number assigned to your computer when you use the Internet), browser and platform types, domain names, access times, referral data, and your activity while using our site;
2) Who should use our website;
3) The security of information over the Internet; and
4) Links and co-branded sites.

## How You Can Review and Correct Your Personal Information

You can request to review your personal information contained in our records at any time. To do this, please send a letter to the address below requesting to see your information for the previous two years. If you believe that our information is incomplete or inaccurate, you can request that we correct it. Please note we may not be able to provide information relating to investigations, claims, litigation, and other matters. We will be happy to make corrections whenever possible.

Please send requests to:

Allstate Insurance Company Customer Privacy Inquiries
P.O. Box 40047
Roanoke, VA 24022-0047

## Your Preference for Sharing Personal Information

We would like to share your personal information with one or more Allstate affiliates in order to make you aware of different products, services and offers they can provide. However, you can request that Allstate and its affiliate companies not share your personal information with our affiliates for marketing products and services.

To request that we not allow other Allstate affiliates to use your personal information to market their products and services, you can contact us by calling 1-800-856-2518 twenty-four hours a day, seven days a week. Please keep in mind that it may take up to four weeks to process your request. If you previously contacted us and asked us not to allow other Allstate affiliates to use your personal information, your previous choice still applies and you do not need to contact us again. If you would like to change your previous choice please call the number above at any time.

## We Appreciate Your Business

Thank you for choosing Allstate. We understand your concerns about privacy and confidentiality, and we hope this notice has been helpful to you. We value our relationship with you and look forward to keeping you in Good Hands®.

If you have questions or would like more information, please don't hesitate to contact your Allstate agent or call the Allstate Customer Information Center at 1-800-ALLSTATE.

We reserve the right to change our Privacy practices, procedures, and terms.

Allstate Insurance Company

**Allstate affiliates to which this notice applies:** Allstate County Mutual Insurance Company, Allstate Finance Company, Allstate Financial Services, LLC (LSA Securities in LA and PA), Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Investment Management Company, Allstate Life Insurance Company, Allstate Life Insurance Company of New York, Allstate Motor Club, Inc., Allstate New Jersey Insurance Company, Allstate New Jersey Property and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Allstate Texas Lloyd's, Allstate Texas Lloyd's, Inc., Allstate Vehicle and Property Insurance Company, Deerbrook General Agency Inc., Deerbrook Insurance Company, Lincoln Benefit Life Company,

064 070 013
1503145300658064IN0001503140012210000980070008000887

Privacy Statement
Policy number:            **932 364 741**
Policy effective date:    April 29, 2015
Your Allstate agency is   Scott Scales Ins Ag
                          (765) 654-6000



**You're in good hands.**

North Light Specialty Insurance Company, Northbrook Indemnity Company.

Please Note: Allstate affiliates American Heritage Life Insurance Company, Castle Key Insurance Company and Castle Key Indemnity Company participate in information sharing with the affiliates listed above, but have a separate privacy notice for their customers.

### For California residents:

Pursuant to California law, we need to disclose to you that we would obtain your consent before sharing medical information for marketing purposes.

### For Montana residents:

Pursuant to Montana law, you may also request a record of any disclosure of your medical information during the preceding three years. Please send requests to: Allstate Insurance Company Customer Privacy Inquiries, P.O. Box 40047, Roanoke, VA 24022-0047.

### For Nevada Residents:

Allstate is committed to serving you when and where you prefer as we help you protect what you have today and prepare you for the future. To that end, and as Nevada law requires, if you do not want to receive sales calls from Allstate, you have the option to be placed on our internal "do not call" list. (Please disregard this notice if you have already been added to Allstate's internal "do not call" list.) You may make this request in the following convenient ways:

- Contact your local Allstate agency
- Call 1-800-ALLSTATE and speak with a customer representative
- Visit allstate.com, click on Contact Us and send us an e-mail
- Write to us at Allstate Insurance Company, Attn: Customer Service, P.O. Box 40047, Roanoke, VA 24022-0047

In your discussion or correspondence with us, please be sure to provide us with your name, address and all telephone numbers you wish to include on our list. If you have questions about this notice, you may contact us at the address listed above or you may also contact the Nevada Attorney General's office at:

Office of the Nevada Attorney General
Bureau of Consumer Protection
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101

Phone: (702) 486-3132
Email: BCPINFO@ag.state.nv.us

Please note that Allstate's "do not call" list is limited only to telephone solicitation calls. We may still contact you about your Allstate policy, billing issues, claims and other service matters.

### For Vermont residents:

We won't share your personal information with Allstate companies for marketing purposes except as allowed by Vermont law.

(ed. 01/2012)

X73180v5



064 070 013
1503145300658
1100000530065806-4IN000150314O0122I000086000800000887

## Policy Endorsement

Policy number:
Policy effective date:
Your Allstate agency is

*The following endorsement changes your policy.*
*Please read this document carefully and keep it with*
*your policy.*

# Roof Surfaces Extended Coverage
# Endorsement – AVP42

In **Section I Conditions**, item 5, **How We Pay For A Loss**,
provision c) (titled "Building Structure Reimbursement.") the
fifth paragraph is replaced by the following:

Building Structure Reimbursement will not apply to:

1) property covered under **Personal Property Protection–Coverage C**;
2) property covered under **Other Structures Protection–Coverage B** that is not a building structure;
3) wall-to-wall carpeting, fences, awnings and outdoor antennas, whether or not fastened to a **building structure**; or
4) land.

All other policy terms and conditions apply.



Page **1** of 29

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**

# House & Home Policy

AVP81



**Allstate Vehicle and Property Insurance Company**
**The Company Named in the Policy Declarations**
A Stock Company---Home Office: Northbrook, Illinois 60062

# Table of Contents

Agreements We Make With You ...................................4

**General** .........................................................................4
Definitions Used In This Policy ....................................4
Insuring Agreement .....................................................5
Conformity To State Statutes ......................................5
Coverage Changes .......................................................5
Policy Transfer .............................................................6
Continued Coverage After Your Death ........................6
Cancellation.................................................................6
Misrepresentation, Fraud Or Concealment.................6
What Law Will Apply ...................................................6
Where Lawsuits May Be Brought ...............................6
Action Against Us ........................................................7
Arbitration ...................................................................7

**Section I—Your Property** ........................................7

**Dwelling Protection–Coverage A** ...........................7
Property We Cover Under Coverage A ........................7
Property We Do Not Cover Under Coverage A ............7

**Other Structures Protection–Coverage B** ..............7
Property We Cover Under Coverage B ........................7
Property We Do Not Cover Under Coverage B ............7
Losses We Cover Under Coverages A and B................8
Losses We Do Not Cover Under Coverages A and B.....8

**Personal Property Protection–Coverage C** ............11
Property We Cover Under Coverage C .......................11
Limitations On Certain Personal Property .................11
Property We Do Not Cover Under Coverage C ...........12
Losses We Cover Under Coverage C ..........................13
Losses We Do Not Cover Under Coverage C ..............14

**Section I Additional Protection** ............................16
Additional Living Expense..........................................16
Civil, Governmental And Military Authorities.............17
Debris Removal...........................................................17
Emergency Removal Of Property ...............................17
Fire Department Charges ...........................................17
Temporary Repairs After A Loss.................................17
Trees, Shrubs, Plants And Lawns ...............................17
Power Interruption .....................................................17
Arson Reward .............................................................17
Collapse......................................................................18
Land............................................................................18
Lock Replacement ......................................................18

**Section I Conditions**..............................................18
Deductible..................................................................18
Insurable Interest And Our Liability...........................18
What You Must Do After A Loss..................................18
Our Settlement Options .............................................19
How We Pay For A Loss ..............................................19
Our Settlement Of Loss .............................................21
Appraisal ...................................................................21
Abandoned Property...................................................21
Permission Granted To You ........................................21
Our Rights To Recover Payment.................................21
Our Rights To Obtain Salvage.....................................21
Action Against Us........................................................22
Loss To A Pair Or Set .................................................22
Glass Replacement .....................................................22
No Benefit To Bailee...................................................22
Other Insurance .........................................................22
Property Insurance Adjustment .................................22
Mortgagee..................................................................22
Mold, Fungus, Wet Rot And Dry Rot Remediation
    As A Direct Result Of A Covered Water Loss .........22

**Section II—Family Liability And Guest
    Medical Protection**...........................................23

**Family Liability Protection–Coverage X** ...............23
Losses We Cover Under Coverage X ..........................23
Losses We Do Not Cover Under Coverage X ..............23

**Guest Medical Protection–Coverage Y** .................25
Losses We Cover Under Coverage Y ..........................25
Losses We Do Not Cover Under Coverage Y ..............25

**Section II Additional Protection** ..........................27
Claim Expenses..........................................................27
Emergency First Aid ...................................................27
Damage To Property Of Others..................................27

**Section II Conditions** ............................................27
What You Must Do After A Loss..................................27
What An Injured Person Must Do—Guest Medical
    Protection–Coverage Y ........................................27
Our Payment Of Loss—Guest Medical Protection–
    Coverage Y ...........................................................28
Our Limits Of Liability................................................28
Bankruptcy .................................................................28
Our Rights To Recover Payment—Family Liability
    Protection–Coverage X ........................................28
Action Against Us........................................................28
Other Insurance—Family Liability Protection–Coverage X ..28



**Section III—Optional Protection**.........................................28

**Optional Coverages**...........................................................28
Building Codes–Coverage BC...........................................28
Increased Coverage On Business Property–Coverage BP .....28
Fire Department Charges–Coverage F.................................29
Loss Assessments–Coverage G .........................................29
Extended Coverage On Jewelry, Watches And Furs–
    Coverage J...................................................................29
Increased Coverage On Theft Of Silverware–
    Coverage ST................................................................29

## Agreements We Make With You

**We** make the following agreements with **you**:

# General

## Definitions Used In This Policy

Throughout this policy, when the following words appear in bold type, they are defined as follows:

1. **Bodily injury**—means physical harm to the body, including sickness or disease, and resulting death, except that **bodily injury** does not include:
   a) any venereal disease;
   b) herpes;
   c) Acquired Immune Deficiency Syndrome (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

   or any resulting symptom, effect, condition, disease or illness related to a) through e) listed above.

   In addition, **bodily injury** does not include any symptom, effect, condition, disease or illness resulting in any manner from:
   a) lead in any form;
   b) asbestos in any form;
   c) radon in any form; or
   d) oil, fuel oil, kerosene, liquid propane or gasoline intended for, or from, a storage tank located at the **residence premises**.

2. **Building structure**—means a structure with walls and a roof.

3. **Business**—means:
   a) any full- or part-time activity of any kind engaged in for economic gain including the use of any part of any premises for such purposes. The providing of home day care services to other than an **insured person** or relative of an **insured person** for economic gain is also a **business**.

   However, the mutual exchange of home day care services is not considered a **business**;

   b) the rental or holding for rental of property by an **insured person**. Rental of **your residence premises** is not considered a **business** when:
      1) it is rented occasionally for residential purposes;
      2) a portion is rented to roomers or boarders, provided not more than two roomers or

   boarders reside on the **residence premises** at any one time; or
      3) a portion is rented as a private garage.

4. **Dwelling**—means the single-family **building structure**, identified as the insured property on the Policy Declarations, where **you** reside and which is principally used as a private residence.

5. **Insured person(s)**—means **you** and, if a resident of **your** household:
   a) any relative; and
   b) any person under the age of 21 in **your** care.

   Under **Family Liability Protection–Coverage X** and **Guest Medical Protection–Coverage Y**, **"insured person"** also means:
   a) any person or organization legally responsible for loss caused by animals or watercraft covered by this policy which are owned by an **insured person**. **We** do not cover any person or organization using or having custody of animals or watercraft in any **business**, or without permission of the owner.
   b) with respect to the use of any vehicle covered by this policy, any person while engaged in the employment of an **insured person**.

6. **Insured premises**—means:
   a) the **residence premises**; and
   b) under **Section II** only:
      1) the part of any other premises, other structures and grounds used by **you** as a residence. This includes premises, structures and grounds **you** acquire for **your** use as a private residence while this policy is in effect;
      2) any part of a premises not owned by an **insured person** but where an **insured person** is temporarily living;
      3) cemetery plots or burial vaults owned by an **insured person**;
      4) land owned by or rented to an **insured person** where a single-family **dwelling** is being built as that person's residence;
      5) any premises used by an **insured person** in connection with the **residence premises**; and
      6) any part of a premises occasionally rented to an **insured person** for other than **business** purposes.

7. **Occurrence**—means an accident, including continuous or repeated exposure to substantially the same general



harmful conditions during the policy period, resulting in **bodily injury** or **property damage**.

8. **Property damage**—means physical injury to or destruction of tangible property, including loss of its use resulting from such physical injury or destruction.

9. **Residence employee**—means an employee of an **insured person** while performing duties arising out of and in the course of employment in connection with the maintenance or use of **your residence premises**. This includes similar duties performed elsewhere for an **insured person**, not in connection with the **business** of an **insured person**.

10. **Residence premises**—means the **dwelling**, other structures and land located at the address stated on the Policy Declarations.

11. **Roof surface**—means the roof surface material type (slate, composition, wood, tile, metal, all other roof surface material types) of a **building structure** or other structure covered under **Dwelling Protection–Coverage A** or **Other Structures Protection–Coverage B** and all other roofing components, including, but not limited to:
    a) flashing, caps, vents, drip edges, and ice shields;
    b) sheeting, felt and membranes;
    c) modified bitumen, bitumen, rubber, built-up and sprayed polyurethane foam roofing;
    d) foam inserts and elastomeric coating;
    e) finials, eave and gable trim and snow guards;
    f) battens, counter battens, bird stops, gravel stops; and
    g) coatings, adhesives, adherents and other finishing materials for roof surface materials and all other roofing components.

12. **We**, **us**, or **our**—means the company named on the Policy Declarations.

13. **Windstorm**—means wind with or without precipitation.

14. **You** or **your**—means the person listed under Named Insured(s) on the Policy Declarations as the insured and that person's resident spouse.

## Insuring Agreement
In reliance on the information **you** have given **us**, **we** agree to provide the coverages indicated on the Policy Declarations. In return, **you** must pay the premium when due and comply with

the policy terms and conditions, and inform **us** of any change in title, use or occupancy of the **residence premises**.

Subject to the terms of this policy, the Policy Declarations shows the location of the **residence premises**, applicable coverages, limits of liability and premiums. The policy applies only to losses or **occurrences** that take place during the policy period. The Policy Period is shown on the Policy Declarations. This policy is not complete without the Policy Declarations.

This policy imposes joint obligations on the Named Insured(s) listed on the Policy Declarations and on that person's resident spouse. These persons are defined as **you** or **your**. This means that the responsibilities, acts and omissions of a person defined as **you** or **your** will be binding upon any other person defined as **you** or **your**.

This policy imposes joint obligations on persons defined as an **insured person**. This means that the responsibilities, acts and failures to act of a person defined as an **insured person** will be binding upon another person defined as an **insured person**.

## Conformity To State Statutes
When the policy provisions conflict with the statutes of the state in which the **residence premises** is located, the provisions are amended to conform to such statutes.

## Coverage Changes
When **we** broaden coverage during the policy period without charge, **you** have the new features if **you** have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The coverage provided and the premium for the policy are based on information **you** have given **us**. **You** agree to cooperate with **us** in determining if this information is correct and complete. **You** agree that if this information changes, or if this information is incorrect or incomplete, **we** may adjust **your** coverage and premium accordingly during the policy period.

Any calculation of **your** premium or changes in **your** coverage will be made using the rules, rates and forms on file, if required, for **our** use in **your** state. The rates in effect at the beginning of **your** current policy period will be used to calculate any change in **your** premium.

## Policy Transfer
**You** may not transfer this policy to another person without **our** written consent.

## Continued Coverage After Your Death
If **you** die, coverage will continue until the end of the current policy period for:

1.  **your** legal representative while acting as such, but only with respect to the **residence premises** and property covered under this policy on the date of **your** death.

2.  an **insured person**, and any person having proper temporary custody of **your** property until a legal representative is appointed and qualified.

## Cancellation
**Your** Right to Cancel:
**You** may cancel this policy by notifying **us** of the future date **you** wish to stop coverage.

**Our** Right to Cancel:
**We** may cancel this policy by mailing notice to **you** at the mailing address shown on the Policy Declarations. When this policy has been in effect for less than 60 days, and it is not a renewal with **us**, **we** may cancel this policy for any reason by giving **you** at least 10 days notice before the cancellation takes effect.

When the policy has been in effect for 60 days or more, or if it is a renewal with **us**, **we** may cancel this policy for one or more of the following reasons:

1.  nonpayment of premium;

2.  the policy was obtained by misrepresentation, fraud or concealment of material facts;

3.  material misrepresentation, fraud or concealment of material facts in presenting a claim, or violation of any of the policy terms; or

4.  there has been a substantial change or increase in hazard in the risk **we** originally accepted.

If the cancellation is for nonpayment of premium, **we** will give **you** at least 10 days notice. If the cancellation is for any of the other reasons, **we** will give **you** at least 30 days notice.

**Our** mailing the notice of cancellation to **you** will be deemed proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice.

**Your** return premium, if any, will be calculated on a pro rata basis and refunded at the time of cancellation or as soon as possible. However, refund of unearned premium is not a condition of cancellation.

**Our** Right Not to Renew or Continue:
**We** have the right not to renew or continue the policy beyond the current policy period. If **we** do not intend to continue or renew the policy, **we** will mail **you** notice at least 30 days before the end of the policy period. **Our** mailing the notice of nonrenewal to **you** will be deemed proof of notice.

## Misrepresentation, Fraud Or Concealment
**We** may void this policy if it was obtained by misrepresentation, fraud or concealment of material facts. If **we** determine that this policy is void, all premiums paid will be returned to **you** since there has been no coverage under this policy.

**We** do not cover any loss or **occurrence** in which any **insured person** has concealed or misrepresented any material fact or circumstance.

## What Law Will Apply
This policy is issued in accordance with the laws of the state in which the **residence premises** is located and covers property or risks principally located in that state. Subject to the following paragraph, the laws of the state in which the **residence premises** is located shall govern any and all claims or disputes in any way related to this policy.

If a covered loss to property, or any other **occurrence** for which coverage applies under this policy, happens outside the state in which the **residence premises** is located, claims or disputes regarding that covered loss to property, or other covered **occurrence**, may be governed by the laws of the jurisdiction in which that covered loss to property or other covered **occurrence** happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

## Where Lawsuits May Be Brought
Subject to the following two paragraphs, any and all lawsuits in any way related to this policy, shall be brought, heard and decided only in a state or federal court located in the state in which the **residence premises** is located. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy, or otherwise related to this policy, shall be brought, heard and decided only in a state or federal court located



in the state in which the **residence premises** is located, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss to property, or any other **occurrence** for which coverage applies under this policy, happens outside the state in which the **residence premises** is located, lawsuits regarding that covered loss to property, or other covered **occurrence**, may also be brought in the judicial district where that covered loss to property or other covered **occurrence** happened.

Nothing in this provision, **Where Lawsuits May Be Brought**, shall impair any party's right to remove a state court lawsuit to a federal court.

### Action Against Us
No one may bring an action against **us** unless there has been full compliance with all policy terms.

Any action against **us** to which neither the **Action Against Us** provision located in **Section I Conditions** nor the **Action Against Us** provision located in **Section II Conditions** applies must be commenced within one year of the date the cause of action accrues.

If an action is brought asserting claims relating to the existence or amount of coverage, or the amount of loss for which coverage is sought, under different coverages of this policy, the claims relating to each coverage shall be treated as if they were separate actions for the purpose of the time limit to commence action.

### Arbitration
Any claim or dispute in any way related to this policy, by an **insured person** against **us** or **us** against an **insured person**, may be resolved by arbitration only upon mutual consent of the parties. Arbitration pursuant to this provision shall be subject to the following:

1.  no arbitrator shall have the authority to award punitive damages or attorney's fees;

2.  neither of the parties shall be entitled to arbitrate any claims or disputes in a representative capacity or as a member of a class; and

3.  no arbitrator shall have the authority, without the mutual consent of the parties, to consolidate claims or disputes in arbitration.

## Section I—Your Property

## Dwelling Protection–Coverage A

### Property We Cover Under Coverage A:
1.  **Your dwelling**, including attached structures. Structures connected to **your dwelling** by only a fence, utility line, or similar connection are not considered attached structures.

2.  Construction materials and supplies at the **residence premises** for use in connection with **your dwelling**.

3.  Wall-to-wall carpeting fastened to **your dwelling**.

### Property We Do Not Cover Under Coverage A:
1.  Any structure, including fences, or other property covered under **Other Structures Protection–Coverage B**.

2.  Land.

3.  Satellite dish antennas and their systems, whether or not attached to **your dwelling**.

## Other Structures Protection–Coverage B

### Property We Cover Under Coverage B:
1.  Structures at the address shown on the Policy Declarations separated from **your dwelling** by clear space.

2.  Structures at the address shown on the Policy Declarations connected to **your dwelling** by only a fence, utility line, or similar connection.

3.  Construction materials and supplies at the **residence premises** for use in connection with structures other than **your dwelling**.

4.  Wall-to-wall carpeting fastened to **building structures**, other than **your dwelling**, at the address shown on the Policy Declarations.

### Property We Do Not Cover Under Coverage B:
1.  Structures used in whole or in part for **business** purposes.

2.  Any structure or other property covered under **Dwelling Protection–Coverage A**.

3.   Land.

4.   Construction materials and supplies at the **residence premises** for use in connection with the **dwelling**.

5.   Satellite dish antennas and their systems, whether or not attached to **building structures**.

## Losses We Cover Under Coverages A and B:

**We** will cover sudden and accidental direct physical loss to property described in **Dwelling Protection–Coverage A** and **Other Structures Protection–Coverage B** except as limited or excluded in this policy.

## Losses We Do Not Cover Under Coverages A and B:

A.   Under **Dwelling Protection–Coverage A** and **Other Structures Protection–Coverage B** of this policy, **we** do not cover any loss which consists of, is caused by, or would not have occurred but for, one or more of the following excluded events, perils or conditions. Such loss is excluded regardless of: a) the cause or source of the excluded event, peril or condition; b) any other causes contributing concurrently or in any sequence with the excluded event, peril or condition to produce the loss; or c) whether the excluded event, peril or condition involves isolated or widespread damage, arises from natural, man-made or other forces, or arises as a result of any combination of these forces.

1.   Flood, including, but not limited to, surface water, waves, tidal water or overflow of any body of water, or spray from any of these, whether or not driven by wind.

2.   Water or any other substance that backs up through sewers or drains.

3.   Water or any other substance that overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

4.   Water or any other substance on or below the surface of the ground. This includes water or any other substance which exerts pressure on, or flows, seeps or leaks through any part of the **residence premises**.

**We** do cover sudden and accidental direct physical loss caused by fire or explosion resulting from items 1 through 4 listed above.

5.   Earth movement of any type, including, but not limited to, earthquake, volcanic eruption, lava flow, landslide, subsidence, mudflow, pressure, sinkhole, erosion, or the sinking, rising, shifting, creeping, expanding, bulging, cracking, settling or contracting of the earth. This exclusion applies whether or not the earth movement is combined with water.

**We** do cover sudden and accidental direct physical loss caused by fire or explosion resulting from earth movement.

6.   Actions taken by civil, governmental or military authorities:
   a)   to enforce any building codes, ordinances or laws regulating or requiring the construction, reconstruction, maintenance, replacement, repair, placement or demolition of any **building structure**, other structure or land at the **residence premises**; or
   b)   requesting, demanding or ordering that an **insured person** test for, monitor, clean up, remove, contain, treat, detoxify, decontaminate, or neutralize, or in any way respond to or assess the effects of, any loss or potential loss at the **residence premises**.

However, **we** will cover sudden and accidental direct physical loss caused by actions of civil, governmental or military authority to prevent the spread of fire.

7.   Nuclear hazard, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these. Loss which consists of, is caused by, or would not have occurred but for, the nuclear hazard is not considered loss by fire, explosion or smoke.

8.   a)   War, whether declared or undeclared;
   b)   warlike acts;
   c)   invasion;
   d)   insurrection;
   e)   rebellion;
   f)   revolution;
   g)   civil war;
   h)   usurped power;

House & Home Policy

**Allstate**
You're in good hands.

i)   destruction for a military purpose; or
j)   action taken by civil, governmental or military authority to hinder or defend against an actual or impending enemy act.

9.   Soil conditions, including, but not limited to, corrosive action, chemicals, compounds, elements, suspensions, crystal formations or gels in the soil.

10.  Vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants.

However, **we** will not apply this exclusion to sudden and accidental direct physical loss which consists of, is caused by, or would not have occurred but for:
a)   a fire or an explosion at **your residence premises**;
b)   smoke or soot resulting from food preparation at **your residence premises**;
c)   the malfunction of a heating or air conditioning system or a household appliance at **your residence premises**;
d)   smoke, soot or fumes originating away from **your residence premises**, provided the smoke, soot or fumes:
   1)   were not from industrial, governmental or military operations, agricultural smudging, or the manufacturing of any controlled substance; and
   2)   did not result from nuclear hazard, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these;
e)   spray, overspray, spatter, or spillage, by a person located on the ground at the **residence premises** or in or upon a structure **we** cover at the **residence premises**, of lawfully possessed, commercially available supplies manufactured or produced for use in food preparation, personal hygiene, or for cleaning or maintaining a residential property or personal property;
f)   spray, overspray, spatter or spillage of lawfully possessed, commercially available supplies by a person performing cleaning or other maintenance services at a premises located within 500 feet of the **residence premises**;
g)   spillage or release at **your residence premises** of gas or oil, in any form, used to prepare foods at **your residence premises**, or to heat the **dwelling**

or other **building structures** at **your residence premises**, when such spillage or release results in a fire or an explosion at **your residence premises**; or
h)   fuel, oil or other fluids necessary to operate a motorized land vehicle if, at the time of the loss, such fuel, oil or other fluids are being used solely for the purpose of operating a motorized land vehicle and the loss results from a collision, at the **residence premises**, of the motorized land vehicle with property **we** cover under **Dwelling Protection–Coverage A** or **Other Structures Protection–Coverage B**.

11.  Lack of utility services at the **residence premises**, meaning loss or interruption of, lack or loss of access to, or unavailability of, one or more utility services for the **residence premises**, including, but not limited to, electric, natural gas or other fuels, water, sanitation, sewer, cable or communication services, unless the lack of utility services results solely from a sudden and accidental direct physical loss to property located at the **residence premises** caused by an event, peril or condition not excluded by this policy.

When the lack of utility services results in freezing of:
a)   plumbing, automatic fire protective sprinkler systems, heating or air conditioning systems;
b)   household appliances; or
c)   swimming pools, hot tubs or spas located within a heated portion of the **dwelling**, or their filtration and circulation systems located within a heated portion of the **dwelling**;

or when the lack of utility services results in discharge, leakage or overflow from within a), b) or c) above caused by freezing, **we** do cover sudden and accidental direct physical loss caused by the freezing if **you** used reasonable care to maintain heat in the **building structure**. If the **building structure** is not equipped with an automatic fire protective sprinkler system, **you** may elect to shut off the water supply and drain the water from the systems, appliances, swimming pools, hot tubs, spas and their filtration and circulation systems instead of maintaining heat in the **building structure**.

12.  Inability of an **insured person** to use, access or remain at the **residence premises** due to an actual,

impending or expected lack, impassability or unavailability of any reasonable means of ingress to or egress from the **residence premises**, including, but not limited to, roads, highways, causeways, sidewalks, paths, rails, bridges, tunnels or waterways.

For purposes of this exclusion, a particular means of ingress or egress will be considered impassable or unavailable if:
a)   it cannot be safely traveled due to physical damage or destruction of that means of ingress or egress; or
b)   it cannot be traveled due to actions by others, including, but not limited to, civil, governmental or military authorities which prohibit or restrict travel using that means of ingress or egress.

13.  Seizure, confiscation or quarantine by civil, governmental or military authority.

**We** will cover sudden and accidental direct physical loss caused by actions of civil, governmental or military authority to prevent the spread of fire.

14.  The manufacturing of any controlled substance.

15.  Weather Conditions that contribute in any way with an event, peril or condition excluded under **Losses We Do Not Cover Under Coverages A and B** to produce a loss.

B.   Under **Dwelling Protection–Coverage A** and **Other Structures Protection–Coverage B** of this policy, **we** do not cover any loss consisting of or caused by mold, fungus, wet rot, dry rot or bacteria. This includes any loss which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

This exclusion applies regardless of whether mold, fungus, wet rot, dry rot or bacteria arises from any other cause of loss, including, but not limited to, a loss involving water, water damage or discharge, which may otherwise be covered by this policy, except as specifically provided in **Section I Conditions**, **Mold, Fungus, Wet Rot And Dry Rot Remediation As A Direct Result Of A Covered Water Loss**.

C.   When loss is not excluded under paragraph A or paragraph B of **Losses We Do Not Cover Under Coverages A and B**, and there are two or more causes

of loss to the covered property, **we** do not cover the loss if the predominant cause(s) of loss is (are) excluded under paragraph D, immediately below.

D.   Under **Dwelling Protection–Coverage A** and **Other Structures Protection–Coverage B** of this policy, **we** do not cover any loss consisting of or caused by one or more of the following excluded events, perils or conditions. Such loss is excluded regardless of whether the excluded event, peril or condition involves isolated or widespread damage, arises from natural, man-made or other forces, or arises as a result of any combination of these forces.

1.   The failure by any **insured person** to take all reasonable steps to save and preserve property when the property is endangered by a cause of loss **we** cover.

2.   Any substantial change or increase in hazard, if changed or increased by any means within the control or knowledge of an **insured person**.

3.   Intentional or criminal acts of or at the direction of any **insured person**, if the loss that occurs:
a)   may be reasonably expected to result from such acts; or
b)   is the intended result of such acts.

This exclusion applies regardless of whether the **insured person** is actually charged with, or convicted of, a crime.

4.   Collapse, except as specifically provided in **Section I Additional Protection** under item 10, "Collapse."

5.   a)   Wear and tear, aging, marring, scratching, deterioration, inherent vice, or latent defect;
b)   mechanical breakdown;
c)   growth of trees, shrubs, plants or lawns, regardless of whether such growth is above or below the surface of the ground;
d)   rust or other corrosion;
e)   settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings; or
f)   insects, rodents, birds or domestic animals. **We** do cover the breakage of glass or safety glazing materials caused by birds.

If any of a) through f) causes the sudden and accidental escape of water or steam from a plumbing, heating or air conditioning system,



a household appliance or an automatic fire protective sprinkler system within **your dwelling**, **we** cover the direct physical damage caused by the water or steam.

If loss to covered property is caused by water or steam not otherwise excluded, **we** will cover the cost of tearing out and replacing any part of **your dwelling** necessary to repair the system or appliance. This does not include damage to the defective system or appliance from which the water or steam escaped.

6. Freezing of:
   a) plumbing, automatic fire protective sprinkler systems, heating or air conditioning systems;
   b) household appliances; or
   c) swimming pools, hot tubs or spas located within a heated portion of the **dwelling**, or their filtration and circulation systems located within a heated portion of the **dwelling**;

   or discharge, leakage or overflow from within a), b) or c) above, caused by freezing, while the **building structure** is vacant, unoccupied or being constructed, unless **you** have used reasonable care to maintain heat in the **building structure**. If the **building structure** is not equipped with an automatic fire protective sprinkler system, **you** may elect to shut off the water supply and drain the water from the systems, appliances, swimming pools, hot tubs, spas and their filtration and circulation systems instead of maintaining heat in the **building structure**.

7. Freezing, thawing, pressure or weight of water, snow or ice, whether or not driven by wind. This exclusion applies to fences, pavements, patios, foundations, retaining walls, bulkheads, piers, wharves and docks. This exclusion also applies to swimming pools, hot tubs, spas, and their filtration and circulation systems, which are not located within a heated portion of the **dwelling**.

8. Seepage, meaning continuous or repeated seepage or leakage over a period of weeks, months, or years, of water, steam or fuel:
   a) from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a domestic appliance; or
   b) from, within or around any plumbing fixtures, including, but not limited to, shower stalls,

shower baths, tub installations, sinks or other fixtures designed for the use of water or steam.

9. Theft from **your residence premises** while **your dwelling** is under construction, or of materials and supplies for use in construction, until **your dwelling** is completed and occupied.

10. Vandalism or malicious mischief if **your dwelling** is vacant or unoccupied for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A **dwelling** under construction is not considered vacant or unoccupied.

11. Planning, Construction or Maintenance, meaning faulty, inadequate or defective:
    a) planning, zoning, development, surveying, siting;
    b) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
    c) materials used in repair, construction, renovation or remodeling; or
    d) maintenance;

    of property whether on or off the **residence premises** by any person or organization.

## Personal Property Protection–Coverage C

### Property We Cover Under Coverage C:

1. Personal property owned or used by an **insured person** anywhere in the world. When personal property is located away from the **residence premises**, coverage is limited to 10% of **Personal Property Protection–Coverage C**.

2. At **your** option, personal property owned by a guest or **residence employee** while the property is in a residence **you** are occupying.

### Limitations On Certain Personal Property:

Limitations apply to the following groups of personal property. If personal property can reasonably be considered a part of two or more of the groups listed below, the lowest limit will apply. These limitations do not increase the amount of insurance under **Personal Property Protection–Coverage C**. The total amount of coverage for each group in any one loss is as follows:

1. $   200 — Property used or intended for use in a **business** while the property is away from the **residence premises**. This does not

include electronic data processing equipment or the recording or storage media used with that equipment.

2. $   500 — Theft of any recording or storage media while such property is away from the **residence premises**, whether or not it is used with electronic data processing equipment or in a **business**. Recording or storage media includes, but is not limited to:
   a) tapes;
   b) CDs, DVDs and other discs;
   c) records;
   d) disks;
   e) reels;
   f) cassettes;
   g) cartridges; or
   h) programs.

3. $ 1,000 — Property used or intended for use in a **business**, including property held as samples or for sale or delivery after sale, while the property is on the **residence premises**. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

4. $ 1,000 — Trading cards, subject to a maximum amount of $250 per card.

5. $ 1,000 — Watercraft, including their attached or unattached trailers, furnishings, equipment, parts, and motors.

6. $ 1,000 — Trailers not used with watercraft.

7. $ 1,500 — Motorized land vehicle parts, equipment or accessories not attached to or located in or upon any motorized land vehicle.

8. $ 2,000 — Theft of firearms, their related equipment, and accessories.

9. $ 2,500 — Theft of goldware, silverware, pewterware and platinumware.

10. $ 5,000 — Theft of jewelry, watches, precious and semi-precious stones, gold other than goldware, silver other than silverware, pewter other than pewterware, platinum other than platinumware, and furs, including

any item containing fur which represents its principal value, subject to a maximum amount of $1,000 per item.

11. $10,000 — Theft of tools and their accessories.

12. $10,000 — Motorized land vehicles used solely for the service of the **insured premises** and not licensed for use on public roads. This does not include motorized land vehicles designed for assisting the disabled and not licensed for use on public roads.

### Property We Do Not Cover Under Coverage C:

1. Personal property specifically described and insured by this or any other insurance.

2. Animals.

3. Motorized land vehicles, including, but not limited to, any land vehicle powered or assisted by a motor or engine. **We** do not cover any motorized land vehicle parts, equipment or accessories attached to or located in or upon any motorized land vehicle. **We** do cover motorized land vehicles designed for assisting the disabled, or used solely for the service of the **insured premises**, and not licensed for use on public roads.

4. Aircraft and aircraft parts. This does not include model or hobby craft not designed to carry people or cargo.

5. Property of roomers, boarders or tenants not related to **you**.

6. Property located away from the **residence premises** and rented or held for rental to others.

7. Satellite dish antennas and their systems.

8. Money, bullion, bank notes, coins and other numismatic property, scrip, stored value cards, and smart cards.

9. Accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, checks, cashier's checks, traveler's checks, passports, securities, tickets, and stamps, including philatelic property.

10. Manuscripts, including documents stored on electronic media.



## Losses We Cover Under Coverage C:

**We** will cover sudden and accidental direct physical loss to the property described in **Personal Property Protection–Coverage C** caused by the following, except as limited or excluded in this policy:

1. Fire or lightning.

2. **Windstorm** or hail.

   **We** do not cover:
   a) loss to covered property inside a **building structure**, caused by rain, snow, sleet, sand or dust unless the wind or hail first damages the roof or walls and the wind forces rain, snow, sleet, sand or dust through the damaged roof or wall;
   b) loss to watercraft and their trailers, furnishings, equipment and motors unless inside a fully enclosed **building structure**. However, **we** do cover canoes and rowboats on the **residence premises**.

3. Explosion.

4. Riot or civil commotion, including pillage and looting during, and at the site of, the riot or civil commotion.

5. Aircraft, including self-propelled missiles and spacecraft.

6. Vehicles.

7. Smoke.

8. Vandalism and malicious mischief.

   **We** do not cover vandalism or malicious mischief if **your dwelling** has been vacant or unoccupied for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A **dwelling** under construction is not considered vacant or unoccupied.

9. Falling objects.

   **We** do not cover loss to personal property inside a **building structure** unless the falling object first damages the exterior walls or roof of the **building structure**.

10. Weight of ice, snow or sleet which causes damage to personal property in a **building structure**, but only if the **building structure** is damaged due to the weight of ice, snow or sleet.

11. Artificially generated electrical current to electronics, electrical appliances, fixtures and wiring.

12. Bulging, burning, cracking or rupture of a steam or hot water heating system, an air conditioning system, an automatic fire protective sprinkler system or an appliance for heating water.

13. Water or steam that escapes from a plumbing, heating or air conditioning system, an automatic fire protective sprinkler system, or from a household appliance due to accidental discharge or overflow.

    **We** do not cover loss to the system or appliance from which the water or steam escapes, or loss from water which backs up through sewers or drains or overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

14. Freezing of a plumbing, heating or air conditioning system, an automatic fire protective sprinkler system or a household appliance.

    **We** do not cover loss at the **residence premises** under items 12, 13, and 14, immediately above, which is caused by freezing while the **building structure** is vacant, unoccupied or under construction, or when freezing results from a lack of utility services at the **residence premises** to which item A.10 in **Losses We Do Not Cover Under Coverage C** applies, unless **you** have used reasonable care to maintain heat in the **building structure**. If the **building structure** is not equipped with an automatic fire protective sprinkler system, **you** may elect to shut off the water supply and drain the water from the systems and appliances instead of maintaining heat in the **building structure**.

15. Theft, or attempted theft, including disappearance of property from a known place when it is likely that a theft has occurred. Any theft must be promptly reported to the police.

    **We** do not cover:
    a) theft or attempted theft committed by an **insured person**;
    b) theft in or from the **residence premises** while under construction or of materials and supplies for use in construction, until the **dwelling** is completed and occupied;

c)   theft of any property while at any other residence
     owned, rented to or occupied by an **insured person**
     unless the **insured person** is temporarily residing
     there;
d)   theft of trailers, campers, watercraft, including
     furnishings, equipment and outboard motors,
     away from the **residence premises**; or
e)   theft from that part of the **residence premises**
     rented by **you** to other than an **insured person**.

16.  Breakage of glass, meaning damage to covered personal
     property caused by breakage of glass constituting a part
     of any **building structure** on the **residence premises**.
     This does not include damage to the glass.

## Losses We Do Not Cover Under Coverage C:

A.   Under **Personal Property Protection–Coverage C** of
     this policy, **we** do not cover any loss which consists of,
     is caused by, or would not have occurred but for, one
     or more of the following excluded events, perils or
     conditions. Such loss is excluded regardless of: a) the
     cause or source of the excluded event, peril or condition;
     b) any other causes contributing concurrently or in any
     sequence with the excluded event, peril or condition to
     produce the loss; or c) whether the excluded event, peril
     or condition involves isolated or widespread damage,
     arises from natural, man-made or other forces, or arises
     as a result of any combination of these forces.
     1.   Flood, including, but not limited to, surface water,
          waves, tidal water or overflow of any body of water,
          or spray from any of these, whether or not driven by
          wind.

     2.   Water or any other substance that backs up through
          sewers or drains.

     3.   Water or any other substance that overflows from
          a sump pump, sump pump well or other system
          designed for the removal of subsurface water which
          is drained from a foundation area of a structure.

     4.   Water or any other substance on or below the
          surface of the ground. This includes water or any
          other substance which exerts pressure on, or flows,
          seeps or leaks through any part of the **residence
          premises**.

     **We** do cover sudden and accidental direct physical loss
     caused by fire or explosion resulting from items 1 through
     4 listed above.

5.   Earth movement of any type, including, but not
     limited to, earthquake, volcanic eruption, lava flow,
     landslide, subsidence, mudflow, pressure, sinkhole,
     erosion, or the sinking, rising, shifting, creeping,
     expanding, bulging, cracking, settling or contracting
     of the earth. This exclusion applies whether or not
     the earth movement is combined with water.

     **We** do cover sudden and accidental direct physical
     loss caused by fire or explosion resulting from earth
     movement.

6.   Actions taken by civil, governmental or military
     authorities:
     a)   to enforce any building codes, ordinances or
          laws regulating or requiring the construction,
          reconstruction, maintenance, replacement,
          repair, placement or demolition of any **building
          structure**, other structure or land at the
          **residence premises**; or
     b)   requesting, demanding or ordering that an
          **insured person** test for, monitor, clean up,
          remove, contain, treat, detoxify, decontaminate,
          or neutralize, or in any way respond to or assess
          the effects of, any loss or potential loss at the
          **residence premises**.

     However, **we** will cover sudden and accidental
     direct physical loss caused by actions of civil,
     governmental or military authority to prevent the
     spread of fire.

7.   Nuclear hazard, meaning nuclear reaction,
     discharge, radiation or radioactive contamination,
     or any consequence of any of these. Loss which
     consists of, is caused by, or would not have occurred
     but for, the nuclear hazard is not considered loss by
     fire, explosion or smoke.

8.   a)   War, whether declared or undeclared;
     b)   warlike acts;
     c)   invasion;
     d)   insurrection;
     e)   rebellion;
     f)   revolution;
     g)   civil war;
     h)   usurped power;
     i)   destruction for a military purpose; or
     j)   action taken by civil, governmental or military
          authority to hinder or defend against an actual
          or impending enemy act.



9.  Vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants.

    However, **we** will not apply this exclusion to sudden and accidental direct physical loss which consists of, is caused by, or would not have occurred but for:
    a)  a fire or an explosion at **your residence premises**;
    b)  smoke or soot resulting from food preparation at **your residence premises**;
    c)  the malfunction of a heating or air conditioning system or a household appliance at **your residence premises**;
    d)  smoke, soot or fumes originating away from **your residence premises**, provided the smoke, soot or fumes:
        1)  were not from industrial, governmental or military operations, agricultural smudging, or the manufacturing of any controlled substance; and
        2)  did not result from nuclear hazard, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these;
    e)  spray, overspray, spatter, or spillage, by a person located on the ground at the **residence premises** or in or upon a structure **we** cover at the **residence premises**, of lawfully possessed, commercially available supplies manufactured or produced for use in food preparation, personal hygiene, or for cleaning or maintaining a residential property or personal property;
    f)  spillage or release at **your residence premises** of gas or oil, in any form, used to prepare foods at **your residence premises**, or to heat the **dwelling** or other **building structures** at **your residence premises**, when such spillage or release results in a fire or an explosion at **your residence premises**; or
    g)  fuel, oil or other fluids necessary to operate a motorized land vehicle if, at the time of the loss, such fuel, oil or other fluids are being used solely for the purpose of operating a motorized land vehicle and the loss results from a collision, at the **residence premises**, of the motorized land vehicle with property **we** cover under **Dwelling Protection–Coverage A** or **Other Structures Protection–Coverage B**.

10.  Lack of utility services at the **residence premises**, meaning loss or interruption of, lack or loss of access to, or unavailability of, one or more utility services for the **residence premises**, including, but not limited to, electric, natural gas or other fuels, water, sanitation, sewer, cable or communication services, unless the lack of utility services results solely from a sudden and accidental direct physical loss to property located at the **residence premises** caused by an event, peril or condition not excluded by this policy.

    When the lack of utility services results in freezing of:
    a)  plumbing, automatic fire protective sprinkler system, heating or air conditioning systems; or
    b)  household appliances;

    or when the lack of utility services results in discharge, leakage or overflow from within a) or b) above caused by freezing, **we** do cover sudden and accidental direct physical loss caused by the freezing if **you** used reasonable care to maintain heat in the **building structure**. If the **building structure** is not equipped with an automatic fire protective sprinkler system, **you** may elect to shut off the water supply and drain the water from the systems and appliances instead of maintaining heat in the **building structure**.

11.  Inability of an **insured person** to use, access or retain personal property **we** cover under **Personal Property Protection–Coverage C** due to the actual, impending or expected lack, impassability or unavailability of any reasonable means of ingress to or egress from the **residence premises** or any other location where the property is located, including, but not limited to, roads, highways, causeways, sidewalks, paths, rails, bridges, tunnels or waterways.

    For purposes of this exclusion, a particular means of ingress or egress will be considered impassable or unavailable if:
    a)  it cannot be safely traveled due to physical damage or destruction of that means of ingress or egress; or
    b)  it cannot be traveled due to actions by others, including, but not limited to, civil, governmental or military authorities which prohibit or restrict travel using that means of ingress or egress.

12. Weather Conditions that contribute in any way with an event, peril or condition excluded under **Losses We Do Not Cover Under Coverage C** to produce a loss.

B.  Under **Personal Property Protection–Coverage C** of this policy, **we** do not cover any loss consisting of or caused by mold, fungus, wet rot, dry rot or bacteria. This includes any loss which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

This exclusion applies regardless of whether mold, fungus, wet rot, dry rot or bacteria arises from any other cause of loss, including, but not limited to, a loss involving water, water damage or discharge, which may otherwise be covered by this policy, except as specifically provided in **Section I Conditions**, **Mold, Fungus, Wet Rot And Dry Rot Remediation As A Direct Result Of A Covered Water Loss**.

C.  When loss is not excluded under paragraph A or paragraph B of **Losses We Do Not Cover Under Coverage C**, and there are two or more causes of loss to the covered property, **we** do not cover the loss if the predominant cause(s) of loss is (are) excluded under paragraph D, immediately below.

D.  Under **Personal Property Protection–Coverage C** of this policy, **we** do not cover any loss consisting of or caused by one or more of the following excluded events, perils or conditions. Such loss is excluded regardless of whether the excluded event, peril or condition involves isolated or widespread damage, arises from natural, man-made or other forces, or arises as a result of any combination of these forces.

1.  The failure by any **insured person** to take all reasonable steps to save and preserve property when the property is endangered by a cause of loss **we** cover.

2.  Any substantial change or increase in hazard, if changed or increased by any means within the control or knowledge of an **insured person**.

3.  Intentional or criminal acts of or at the direction of any **insured person**, if the loss that occurs:
    a)  may be reasonably expected to result from such acts; or
    b)  is the intended result of such acts.

This exclusion applies regardless of whether the **insured person** is actually charged with, or convicted of, a crime.

4.  Planning, Construction or Maintenance, meaning faulty, inadequate or defective:
    a)  planning, zoning, development, surveying, siting;
    b)  design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
    c)  materials used in repair, construction, renovation or remodeling; or
    d)  maintenance;

    of property whether on or off the **residence premises** by any person or organization.

## Section I Additional Protection

1.  **Additional Living Expense**
    **We** will pay the reasonable increase in living expenses necessary to maintain **your** normal standard of living when a direct physical loss **we** cover under **Dwelling Protection–Coverage A**, **Other Structures Protection–Coverage B** or **Personal Property Protection–Coverage C** makes **your residence premises** uninhabitable. However, additional living expense due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I Conditions**, **Mold, Fungus, Wet Rot And Dry Rot Remediation As A Direct Result Of A Covered Water Loss**.

    Payment for additional living expense as a result of a covered loss under **Dwelling Protection–Coverage A**, **Other Structures Protection–Coverage B** or **Personal Property Protection–Coverage C** will be limited to the least of the following:
    a)  the time period required to repair or replace the property **we** cover, using due diligence and dispatch;
    b)  if **you** permanently relocate, the shortest time for **your** household to settle elsewhere; or
    c)  12 months.

    These periods of time are not limited by the termination of this policy.

    In no event shall **our** payment for additional living expenses exceed the Limit Of Liability shown on **your** Policy Declarations for Additional Living Expense.

    **We** do not cover any lost income or expense due to the cancellation of a lease or agreement.

House & Home Policy



No deductible applies to this protection.

2. **Civil, Governmental And Military Authorities**
**We** will pay the reasonable and necessary increase in living expenses for up to two weeks should civil, governmental or military authorities prohibit the use of the **residence premises** due to a loss at a neighboring premises caused by an event, peril or condition **we** insure against under **Dwelling Protection–Coverage A**, **Other Structures Protection–Coverage B** or **Personal Property Protection–Coverage C**. However, payments for increase in living expenses due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I Conditions, Mold, Fungus, Wet Rot And Dry Rot Remediation As A Direct Result Of A Covered Water Loss**.

The two-week period of time referenced above is not limited by the termination of this policy.

No deductible applies to this protection.

3. **Debris Removal**
**We** will pay reasonable expenses **you** incur to remove debris of covered property damaged by a loss **we** cover. If the loss to the covered property and the cost of debris removal are more than the Limit Of Liability shown on the Policy Declarations for the covered property, **we** will pay up to an additional 5% of that limit for debris removal.

4. **Emergency Removal Of Property**
**We** will pay for sudden and accidental direct physical loss to covered property from any cause while removed from a premises because of danger from a loss **we** cover. Protection is limited to a 30-day period from date of removal. This protection does not increase the limit of liability that applies to the covered property.

5. **Fire Department Charges**
**We** will pay up to $500 for service charges made by fire departments called to protect **your** property from a loss **we** cover at the **residence premises**.

No deductible applies to this protection.

6. **Temporary Repairs After A Loss**
**We** will reimburse **you** up to $5,000 for the reasonable and necessary cost **you** incur for temporary repairs to protect covered property from further imminent covered loss following a loss **we** cover. This coverage does not

increase the limit of liability applying to the property being repaired.

7. **Trees, Shrubs, Plants And Lawns**
**We** will pay up to 5% of the Limit Of Liability shown on the Policy Declarations under **Dwelling Protection–Coverage A** for loss to trees, shrubs, plants and lawns at the address of the **residence premises**. **We** will not pay more than $500 for any one tree, shrub, or plant, including expenses incurred for removing debris. This coverage applies only to sudden and accidental direct physical loss caused by fire or lightning, explosion, riot or civil commotion, aircraft, vehicles not owned by an occupant of the **residence premises**, vandalism or malicious mischief, theft, or collapse of a **building structure** or any part of a **building structure**.

**We** will pay up to $500 for reasonable expenses **you** incur for the removal of debris of trees at the address of the **residence premises** for sudden and accidental direct physical loss caused by **windstorm**, hail, or weight of ice, snow or sleet. The fallen tree must have caused damage to property covered under **Dwelling Protection–Coverage A** or **Other Structures Protection–Coverage B**.

**We** do not cover trees, shrubs, plants, or lawns grown for **business** purposes.

This coverage does not increase the **Dwelling Protection–Coverage A** limit of liability.

8. **Power Interruption**
**We** will pay up to $500 for loss to the contents of freezers and refrigerated units on the **residence premises** caused by the interruption of power which occurs off the **residence premises**. If a power interruption is known to an **insured person**, all reasonable means must be used to protect the contents of freezers and refrigerated units.

This coverage does not increase the limit of liability applying to the damaged property.

9. **Arson Reward**
**We** will pay up to $5,000 for information leading to an arson conviction in connection with a fire loss to property covered under **Section I** of this policy. The $5,000 limit applies regardless of the number of persons providing information.

10. **Collapse**

**We** will cover at the **residence premises**:
a) the entire collapse of a covered **building structure**;
b) the entire collapse of part of a covered **building structure**; and
c) direct physical loss to covered property caused by a) or b) above.

For coverage to apply, the collapse of a **building structure** specified in a) or b) above must be a sudden and accidental direct physical loss caused by one or more of the following:
a) a loss **we** cover under **Section I**, **Personal Property Protection–Coverage C**;
b) weight of persons, animals, equipment or contents;
c) weight of rain, snow or ice which collects on a roof;
d) defective methods or materials used in construction, repair, remodeling or renovation, but only if the collapse occurs in the course of such construction, repair, remodeling or renovation.

Collapse, as referenced herein, means the covered **building structure** or part of the covered **building structure** has actually fallen down or fallen into pieces unexpectedly and instantaneously. It does not include settling, cracking, shrinking, bulging, expansion, sagging, or bowing. Furthermore, collapse does not include or mean substantial structural impairment or imminent collapse.

Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, fuel oil tank, septic tank, cistern or similar system, foundation, retaining wall, bulkhead, pier, wharf or dock is not included, unless the loss is a direct result of the collapse of a **building structure** or part of a **building structure** that is a sudden and accidental direct physical loss caused by one or more of the following:
a) a loss **we** cover under **Section I**, **Personal Property Protection–Coverage C**;
b) weight of persons, animals, equipment or contents;
c) weight of rain, snow or ice which collects on a roof; or
d) defective methods or materials used in construction, repair, remodeling or renovation, but only if the collapse occurs in the course of construction, repair, remodeling or renovation.

This coverage does not increase the limit of liability applying to the covered property.

11. **Land**

If a sudden and accidental direct physical loss results in both a covered loss to the **dwelling**, other than the breakage of glass or safety glazing material, and a loss of land stability, **we** will pay up to $10,000 as an additional amount of insurance for repair costs associated with the land. This includes the costs required to replace, rebuild, stabilize or otherwise restore the land necessary to support that part of the **dwelling** sustaining the covered loss.

The **Section I**, **Losses We Do Not Cover Under Coverages A and B** reference to earth movement does not apply to the loss of land stability provided under this additional protection.

12. **Lock Replacement**

When a key to a lock is stolen as part of a covered theft loss, **we** will pay, under **Dwelling Protection–Coverage A** or **Other Structures Protection–Coverage B**, as applicable, up to $500 for the reasonable expenses **you** incur to replace or re-key exterior door locks at the **residence premises** with locks or cylinders of like kind and quality.

This coverage does not increase the limit of liability that applies to the covered property.

# Section I Conditions

1. **Deductible**

**We** will pay when a covered loss exceeds the applicable deductible shown on the Policy Declarations. **We** will then pay only the excess amount, unless **we** have indicated otherwise in this policy.

2. **Insurable Interest And Our Liability**

In the event of a covered loss, **we** will not pay for more than an **insured person's** insurable interest in the property covered, nor more than the amount of coverage afforded by this policy.

3. **What You Must Do After A Loss**

In the event of a loss to any property that may be covered by this policy, **you** must:
a) immediately give **us** or **our** agent notice. Report any theft to the police as soon as possible.
b) protect the property from further loss. Make any reasonable repairs necessary to protect it. Keep an accurate record of any repair expenses.

c) separate damaged from undamaged personal property. Give **us** a detailed list of the damaged, destroyed or stolen property, showing the quantity, cost, actual cash value and the amount of loss claimed.

d) give **us** all accounting records, bills, invoices and other vouchers, or certified copies, which **we** may reasonably request to examine and permit **us** to make copies.

e) produce receipts for any increased costs to maintain **your** standard of living while **you** reside elsewhere, and records supporting any claim for loss of rental income.

f) as often as **we** reasonably require:

1) show **us** the damaged property. **We** have a right to reasonable and safe opportunities to view and inspect the loss as often as necessary, unimpeded by actions of **you** or others, including, but not limited to, civil, governmental or military authorities, that prevent **us** from viewing and inspecting the loss. **We** may require **you** to accompany **us** when **we** conduct these activities.

2) at **our** request, submit to examinations under oath, separately and apart from any other person defined as **you** or **insured person** and sign a transcript of the same.

3) produce representatives, employees, members of the **insured person's** household or others to the extent it is within the **insured person's** power to do so; and

g) within 60 days after the loss, give **us** a signed, sworn proof of the loss. This statement must include the following information:

1) the date, time, location and cause of loss;

2) the interest **insured persons** and others have in the property, including any encumbrances;

3) the actual cash value and amount of loss for each item damaged, destroyed or stolen;

4) any other insurance that may cover the loss;

5) any changes in title, use, occupancy or possession of the property that have occurred during the policy period; and

6) at **our** request, the specifications of any damaged **building structure** or other structure.

**We** have no duty to provide coverage under this section if **you**, an **insured person**, or a representative of either fail to comply with items a) through g) above, and this failure to comply is prejudicial to **us**.

4. **Our Settlement Options**
In the event of a covered loss, **we** have the option to:

a) repair, rebuild or replace all or any part of the damaged, destroyed or stolen property with property of like kind and quality within a reasonable time; or

b) pay for all or any part of the damaged, destroyed or stolen property as described in Condition 5, "How We Pay For A Loss."

Within 30 days after **we** receive **your** signed, sworn proof of loss, **we** will notify **you** of the option or options **we** intend to exercise.

5. **How We Pay For A Loss**
Under **Dwelling Protection–Coverage A**, **Other Structures Protection–Coverage B** and **Personal Property Protection–Coverage C**, payment for covered loss will be by one or more of the following methods:

a) Special Payment. At **our** option, **we** may make payment for a covered loss before **you** repair, rebuild or replace the damaged, destroyed or stolen property if:

1) the whole amount of loss for property covered under **Dwelling Protection–Coverage A** and **Other Structures Protection–Coverage B**, without deduction for depreciation, is less than $2,500 and if the property is not excluded from the Building Structure Reimbursement provision; or

2) the whole amount of loss for property covered under **Personal Property Protection–Coverage C**, without deduction for depreciation, is less than $2,500, **your** Policy Declarations shows that the Personal Property Reimbursement provision applies, and the property is not excluded from the Personal Property Reimbursement provision.

b) Actual Cash Value. If **you** do not repair or replace the damaged, destroyed or stolen property, payment will be on an actual cash value basis. This means there may be a deduction for depreciation. Payment will not exceed the Limit Of Liability shown on the Policy Declarations for the coverage that applies to the damaged, destroyed or stolen property, regardless of the number of items involved in the loss.

**You** may make claim for additional payment as described in paragraph c) and paragraph d) below if applicable, if **you** repair or replace the damaged,

destroyed or stolen covered property within 180 days of the actual cash value payment.

c)   Building Structure Reimbursement. Under **Dwelling Protection–Coverage A** and **Other Structures Protection–Coverage B**, **we** will make additional payment to reimburse **you** for cost in excess of actual cash value if **you** repair, rebuild or replace damaged, destroyed or stolen covered property within 180 days of the actual cash value payment. This additional payment includes the reasonable and necessary expense for treatment or removal and disposal of contaminants or pollutants as required to complete repair or replacement of that part of a **building structure** damaged by a covered loss. This additional payment shall not include any amounts which may be paid or payable under **Section I Conditions**, **Mold, Fungus, Wet Rot And Dry Rot Remediation As A Direct Result Of A Covered Water Loss**, and shall not be payable for any losses excluded in **Section I—Your Property**, under **Losses We Do Not Cover Under Coverages A and B**, paragraph B.

Building Structure Reimbursement will not exceed the smallest of the following amounts:
1)   the replacement cost of the part(s) of the **building structure(s)** for equivalent construction for similar use on the same **residence premises**;
2)   the amount actually and necessarily spent to repair or replace the damaged **building structure(s)** with equivalent construction for similar use on the same **residence premises**; or
3)   the Limit Of Liability applicable to the **building structure(s)** as shown on the Policy Declarations for **Dwelling Protection–Coverage A** or **Other Structures Protection–Coverage B**, regardless of the number of **building structures** and structures other than **building structures** involved in the loss.

If **you** replace the damaged **building structure(s)** at an address other than shown on the Policy Declarations through construction of a new structure or purchase of an existing structure, such replacement will not increase the amount payable under Building Structure Reimbursement described above. The amount payable under Building Structure Reimbursement described above does not include

the value of any land associated with the replacement structure(s).

Building Structure Reimbursement payment will be limited to the difference between any actual cash value payment made for the covered loss to **building structures** and the smallest of 1), 2) or 3) above.

Building Structure Reimbursement will not apply to:
1)   property covered under **Personal Property Protection–Coverage C**;
2)   property covered under **Other Structures Protection–Coverage B** that is not a **building structure**;
3)   wall-to-wall carpeting, fences, awnings and outdoor antennas, whether or not fastened to a **building structure**;
4)   **roof surface(s)** when the loss is caused by **windstorm** or hail; or
5)   land.

Payment under a), b) or c) above will not include any increased cost due to the enforcement of building codes, ordinances or laws regulating or requiring the construction, reconstruction, maintenance, replacement, repair, relocation or demolition of **building structures** or other structures.

d)   Personal Property Reimbursement. Under **Personal Property Protection–Coverage C**, **we** will make additional payment to reimburse **you** for cost in excess of actual cash value if **you** repair, rebuild or replace damaged, destroyed or stolen covered personal property or wall-to-wall carpeting within 180 days of the actual cash value payment.

Personal Property Reimbursement payment will not exceed the smallest of the following amounts:
1)   the amount actually and necessarily spent to repair or replace the property with similar property of like kind and quality;
2)   the cost of repair or restoration; or
3)   the Limit Of Liability shown on the Policy Declarations for **Personal Property Protection–Coverage C**, or any special limit of liability described in the policy, regardless of the number of items of personal property involved in the loss.

Personal Property Reimbursement will be limited to the difference between any actual cash value



payment made for the covered loss to personal property and the smallest of 1), 2) or 3) above.

Personal Property Reimbursement will not apply to:
1) property insured under **Dwelling Protection– Coverage A** and **Other Structures Protection– Coverage B**, except wall-to-wall carpeting;
2) antiques, fine arts, paintings, statuary and similar articles which, by their inherent nature, cannot be replaced;
3) articles whose age or history contribute substantially to their value. This includes, but is not limited to, memorabilia, souvenirs and collector's items;
4) property that was obsolete or unusable for the originally intended purpose because of age or condition prior to the loss; or
5) motorized land vehicles used solely for the service of the **insured premises** and not licensed for use on public roads. This does not include motorized land vehicles designed for assisting the disabled and not licensed for use on public roads.

6. **Our Settlement Of Loss**
**We** will settle any covered loss with **you** unless some other person or entity is named in the policy. **We** will settle within 60 days after the amount of loss is finally determined. This amount may be determined by an agreement between **you** and **us**, an appraisal award or a court judgment.

7. **Appraisal**
If **you** and **we** fail to agree on the amount of loss, either party may make written demand for an appraisal. Upon such demand, each party must select a competent and impartial appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, **you** or **we** can ask a judge of a court of record in the state where the **residence premises** is located to select an umpire.

The appraisers shall then determine the amount of loss, stating separately the actual cash value and the amount of loss to each item. If the appraisers submit a written report of an agreement to **you** and to **us**, the amount agreed upon shall be the amount of loss. If they cannot agree, they will submit their differences to the umpire. A

written award agreed upon by any two will determine the amount of loss.

Each party will pay the appraiser it chooses, and equally bear expenses for the umpire and all other appraisal expenses.

8. **Abandoned Property**
**We** are not obligated to accept any property or responsibility for any property abandoned by an **insured person**.

9. **Permission Granted To You**
a) The **residence premises** may be vacant or unoccupied for any length of time, except where a time limit is indicated in this policy. A **building structure** under construction is not considered vacant.
b) **You** may make alterations, additions or repairs, and **you** may complete structures under construction.

10. **Our Rights To Recover Payment**
When **we** pay for any loss, an **insured person's** right to recover from anyone else becomes **ours** up to the amount **we** have paid. An **insured person** must protect these rights and help **us** enforce them. **You** may waive **your** rights to recover against another person for loss involving the property covered by this policy. This waiver must be in writing prior to the date of loss.

11. **Our Rights To Obtain Salvage**
**We** have the option to take all or any part of the damaged or destroyed covered property upon replacement by **us** or payment of the agreed or appraised value.

**We** will notify **you** of **our** intent to exercise this option within 30 days after **we** receive **your** signed, sworn proof of loss. If no signed, sworn proof of loss is requested by **us**, **we** will notify **you** of **our** intent to exercise this option within 60 days after the date **you** report the loss to **us**.

When **we** settle any loss caused by theft or disappearance, **we** have the right to obtain all or part of any property which may be recovered. An **insured person** must protect this right and inform **us** of any property recovered. **We** will inform **you** of **our** intent to exercise this right within 10 days of **your** notice of recovery to **us**.

12. **Action Against Us**
No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under a coverage to which **Section I Conditions** applies, unless:
a) there has been full compliance with all policy terms; and
b) the action is commenced within one year after the inception of loss or damage.

13. **Loss To A Pair Or Set**
If there is a covered loss to a pair or set, **we** may:
a) repair or replace any part of the pair or set to restore it to its actual cash value before the loss; or
b) pay the difference between the actual cash value of the pair or set before and after the loss.

14. **Glass Replacement**
Payment for loss to covered glass includes the cost of using safety glazing materials when required by law.

15. **No Benefit To Bailee**
This insurance will not benefit any person or organization that may be caring for or handling **your** property for a fee.

16. **Other Insurance**
If both this insurance and other insurance apply to a loss, **we** will pay the proportionate amount that this insurance bears to the total amount of all applicable insurance. However, in the event of a loss by theft, this insurance shall be excess over any other insurance that covers loss by theft.

17. **Property Insurance Adjustment**
At each policy renewal, **we** may increase the Limit Of Liability shown on the Policy Declarations for **Dwelling Protection–Coverage A** to reflect the minimum amount of insurance coverage **we** are willing to issue for the succeeding policy period under **Dwelling Protection– Coverage A** for **your dwelling** and other property **we** cover under **Dwelling Protection–Coverage A**.

Any adjustment in the limit of liability for **Dwelling Protection–Coverage A** will result in an adjustment in the limit of liability for **Other Structures Protection– Coverage B** and **Personal Property Protection–Coverage C** in accordance with **our** manual of Rules and Rates.

Any adjustment in premium resulting from the application of this condition will be made based on

premium rates in use by **us** at the time a change in limits is made.

**We** will not reduce the Limit Of Liability shown on the Policy Declarations without **your** consent. **You** agree that it is **your** responsibility to ensure that each of the Limits Of Liability shown on the Policy Declarations are appropriate for **your** insurance needs. If **you** want to increase or decrease any of the Limits Of Liability shown on the Policy Declarations, **you** must contact **us** to request such a change.

18. **Mortgage**
A covered loss will be payable to the mortgagee(s) named on the Policy Declarations, to the extent of their interest and in the order of precedence. All provisions of **Section I** of this policy apply to these mortgagees.

**We** will:
a) protect the mortgagee's interest in a covered **building structure** in the event of an increase in hazard, intentional or criminal acts of, or directed by, an **insured person**, failure by any **insured person** to take all reasonable steps to save and preserve property after a loss, a change in ownership, or foreclosure if the mortgagee has no knowledge of these conditions; and
b) give the mortgagee at least 10 days notice if **we** cancel this policy.

The mortgagee will:
a) furnish proof of loss within 60 days after notice of the loss if an **insured person** fails to do so;
b) pay upon demand any premium due if an **insured person** fails to do so;
c) notify **us** in writing of any change of ownership or occupancy or any increase in hazard of which the mortgagee has knowledge;
d) give **us** the mortgagee's right of recovery against any party liable for loss; and
e) after a loss, and at **our** option, permit **us** to satisfy the mortgage requirements and receive full transfer of the mortgage.

This mortgagee interest provision shall apply to any trustee or loss payee or other secured party.

19. **Mold, Fungus, Wet Rot And Dry Rot Remediation As A Direct Result Of A Covered Water Loss**
In the event of a covered water loss under **Dwelling Protection–Coverage A, Other Structures Protection–**



Coverage B or **Personal Property Protection–Coverage C**, **we** will pay up to $5,000 for mold, fungus, wet rot or dry rot **remediation**.

**Remediation** means the reasonable and necessary treatment, removal or disposal of mold, fungus, wet rot or dry rot as required to complete repair or replacement of property **we** cover under **Dwelling Protection–Coverage A**, **Other Structures Protection–Coverage B** or **Personal Property Protection–Coverage C** damaged by a covered water loss, including payment for any reasonable increase in living expenses necessary to maintain **your** normal standard of living if mold, fungus, wet rot or dry rot makes **your residence premises** uninhabitable. **Remediation** also includes any investigation or testing to detect, measure or evaluate mold, fungus, wet rot or dry rot.

This Condition does not increase the limits of liability under **Dwelling Protection–Coverage A**, **Other Structures Protection–Coverage B** or **Personal Property Protection–Coverage C**.

# Section II—Family Liability And Guest Medical Protection

## Family Liability Protection–Coverage X

### Losses We Cover Under Coverage X:
Subject to the terms, conditions and limitations of this policy, **we** will pay damages which an **insured person** becomes legally obligated to pay because of **bodily injury** or **property damage** arising from an **occurrence** to which this policy applies, and is covered by this part of the policy.

**We** may investigate or settle any claim or suit for covered damages against an **insured person**. If an **insured person** is sued for these damages, **we** will provide a defense with counsel of **our** choice, even if the allegations are groundless, false or fraudulent. **We** are not obligated to pay any claim or judgment after **we** have exhausted **our** limit of liability.

### Losses We Do Not Cover Under Coverage X:
1.  **We** do not cover any **bodily injury** or **property damage** intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of, any **insured person**. This exclusion applies even if:
    a)  such **insured person** lacks the mental capacity to govern his or her conduct;

    b)  such **bodily injury** or **property damage** is of a different kind or degree than intended or reasonably expected; or
    c)  such **bodily injury** or **property damage** is sustained by a different person than intended or reasonably expected.

    This exclusion applies regardless of whether such **insured person** is actually charged with, or convicted of, a crime.

2.  **We** do not cover **bodily injury** to an **insured person** or **property damage** to property owned by an **insured person** whenever any benefit of this coverage would accrue directly or indirectly to an **insured person**.

3.  **We** do not cover **bodily injury** to any person eligible to receive any benefits required to be provided, or voluntarily provided, by an **insured person** under any workers' compensation, non-occupational disability or occupational disease law.

4.  **We** do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of aircraft.

    **We** will not apply this exclusion to **bodily injury** to a **residence employee**.

5.  **We** do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motor vehicle or trailer. **We** will not apply this exclusion to:
    a)  a motor vehicle in dead storage or used exclusively on an **insured premises**;
    b)  any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an **insured person** and is being used away from an **insured premises**;
    c)  a motorized wheelchair;
    d)  a vehicle used to service an **insured premises** which is not designed for use on public roads and not subject to motor vehicle registration;
    e)  a golf cart owned by an **insured person** when used for golfing purposes;
    f)  a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;
    g)  lawn or garden implements under 40 horsepower; or

h)   **bodily injury** to a **residence employee**.

6.   **We** do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an **insured premises** if the watercraft:
   a)   has inboard or inboard-outboard motor power of more than 50 horsepower;
   b)   is a sailing vessel 26 feet or more in length;
   c)   is powered by one or more outboard motors with more than 25 total horsepower;
   d)   is designated as an airboat, air cushion, or similar type of watercraft; or
   e)   is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

   **We** will not apply this exclusion to **bodily injury** to a **residence employee**.

7.   **We** do not cover **bodily injury** or **property damage** arising out of:
   a)   the negligent supervision by any **insured person** of any person; or
   b)   any liability statutorily imposed on any **insured person**;

   arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, hovercraft, motorized land vehicle or trailer which is not covered under **Section II** of this policy.

8.   **We** do not cover any **bodily injury** which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants.

   **We** will not apply this exclusion to **bodily injury** which results from such discharge, dispersal, release or escape, if the discharge, dispersal, release or escape is sudden and accidental.

9.   **We** do not cover any **property damage** which results in any manner from vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants.

10.   **We** do not cover any liability imposed upon any **insured person** by any civil, governmental or military authority for **bodily injury** or **property damage** which results in any manner from vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants.

11.   **We** do not cover **bodily injury** or **property damage** arising out of the rendering of, or failure to render, professional services by an **insured person**.

12.   **We** do not cover **bodily injury** or **property damage** arising out of the past or present **business** activities of an **insured person**.

   **We** will not apply this exclusion to **bodily injury** or **property damage** arising from the occasional or part-time **business** activities of an **insured person** who is a student under 21 years of age who is self-employed and has no employees.

13.   **We** do not cover **bodily injury** or **property damage** arising out of any premises, other than an **insured premises**, owned, rented or controlled by an **insured person**. **We** will not apply this exclusion to **bodily injury** to a **residence employee**.

14.   **We** do not cover **property damage** to property rented to, occupied or used by, or in the care of, an **insured person**. **We** will not apply this exclusion if the **property damage** is caused by fire, explosion or smoke.

15.   **We** do not cover any liability an **insured person** assumes arising out of any contract or agreement.

16.   **We** do not cover **bodily injury** or **property damage** caused by:
   a)   war, whether declared or undeclared;
   b)   warlike acts;
   c)   invasion;
   d)   insurrection;
   e)   rebellion;
   f)   revolution;
   g)   civil war;
   h)   usurped power;
   i)   destruction for a military purpose; or
   j)   action taken by civil, governmental or military authority to hinder or defend against an actual or impending enemy act.



17. **We** do not cover **bodily injury** or **property damage** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

18. **We** do not cover any liability imposed upon any **insured person** by any civil, governmental or military authority for **bodily injury** or **property damage** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

19. **We** do not cover any loss, cost or expense arising out of any request, demand, or order that any **insured person** test for, monitor, clean up, remove, contain, treat, detoxify, decontaminate, or neutralize, or in any way respond to or assess the effects of any type of vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants.

20. **We** do not cover **bodily injury** or **property damage** arising out of nuclear hazard, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these. **Bodily injury** or **property damage** arising out of a nuclear hazard is not considered as arising from fire, explosion or smoke.

21. **We** do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of hovercrafts. **We** will not apply this exclusion to **bodily injury** to a **residence employee**.

## Guest Medical Protection–Coverage Y

### Losses We Cover Under Coverage Y:

**We** will pay the reasonable expenses incurred for necessary medical, surgical, X-ray and dental services, ambulance, hospital, licensed nursing and funeral services, and prosthetic devices, eye glasses, hearing aids, and pharmaceuticals. These expenses must be incurred and the services performed within three years from the date of an **occurrence** causing **bodily injury** to which this policy applies, and is covered by this part of the policy.

Each person who sustains **bodily injury** is entitled to this protection when that person is:
1. on the **insured premises** with the permission of an **insured person**; or

2. off the **insured premises**, if the **bodily injury**:
   a) arises out of a condition on the **insured premises** or immediately adjoining ways;
   b) is caused by the activities of an **insured person** or a **residence employee**;
   c) is caused by an animal owned by or in the care of an **insured person**; or
   d) is sustained by a **residence employee**.

### Losses We Do Not Cover Under Coverage Y:

1. **We** do not cover any **bodily injury** intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of, any **insured person**. This exclusion applies even if:
   a) such **insured person** lacks the mental capacity to govern his or her conduct;
   b) such **bodily injury** is of a different kind or degree than intended or reasonably expected; or
   c) such **bodily injury** is sustained by a different person than intended or reasonably expected.

   This exclusion applies regardless of whether such **insured person** is actually charged with, or convicted of, a crime.

2. **We** do not cover **bodily injury** to any **insured person** or regular resident of the **insured premises**. **We** will not apply this exclusion to a **residence employee**.

3. **We** do not cover **bodily injury** to any person eligible to receive any benefits required to be provided, or voluntarily provided, under any workers' compensation, non-occupational disability or occupational disease law.

4. **We** do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of aircraft.

   **We** will not apply this exclusion to **bodily injury** to a **residence employee**.

5. **We** do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motor vehicle or trailer. **We** will not apply this exclusion to:
   a) a motor vehicle in dead storage or used exclusively on an **insured premises**;
   b) any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an **insured person** and is being used away from an **insured premises**;

c)  a motorized wheelchair;
d)  a vehicle used to service an **insured premises** which is not designed for use on public roads and not subject to motor vehicle registration;
e)  a golf cart owned by an **insured person** when used for golfing purposes;
f)  a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;
g)  lawn or garden implements under 40 horsepower; or
h)  **bodily injury** to a **residence employee**.

6.  **We** do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an **insured premises** if the watercraft:
a)  has inboard or inboard-outboard motor power of more than 50 horsepower;
b)  is a sailing vessel 26 feet or more in length;
c)  is powered by one or more outboard motors with more than 25 total horsepower;
d)  is designated as an airboat, air cushion, or similar type of watercraft; or
e)  is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

**We** will not apply this exclusion to **bodily injury** to a **residence employee**.

7.  **We** do not cover **bodily injury** arising out of:
a)  the negligent supervision by any **insured person** of any person; or
b)  any liability statutorily imposed on any **insured person**;

arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, hovercraft, motorized land vehicle or trailer which is not covered under **Section II** of this policy.

8.  **We** do not cover any **bodily injury** which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants.

**We** will not apply this exclusion to **bodily injury** which results from such discharge, dispersal, release or escape,

if the discharge, dispersal, release or escape is sudden and accidental.

9.  **We** do not cover **bodily injury** arising out of the rendering of, or failure to render, professional services by an **insured person**.

10. **We** do not cover **bodily injury** arising out of the past or present **business** activities of an **insured person**.

**We** will not apply this exclusion to **bodily injury** arising from the occasional or part-time **business** activities of an **insured person** who is a student under 21 years of age who is self-employed and has no employees.

11. **We** do not cover **bodily injury** to any person on the **insured premises** because of a **business** activity or professional service conducted there.

12. **We** do not cover **bodily injury** arising out of any premises, other than an **insured premises**, owned, rented or controlled by an **insured person**. **We** will not apply this exclusion to **bodily injury** to a **residence employee**.

13. **We** do not cover **bodily injury** caused by:
a)  war, whether declared or undeclared;
b)  warlike acts;
c)  invasion;
d)  insurrection;
e)  rebellion;
f)  revolution;
g)  civil war;
h)  usurped power;
i)  destruction for a military purpose; or
j)  action taken by civil, governmental or military authority to hinder or defend against an actual or impending enemy act.

14. **We** do not cover **bodily injury** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

15. **We** do not cover **bodily injury** arising out of nuclear hazard, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these. **Bodily injury** arising out of a nuclear hazard is not considered as arising from fire, explosion or smoke

16. **We** do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of hovercrafts.

**We** will not apply this exclusion to **bodily injury** to a **residence employee**.

# Section II Additional Protection

**We** will pay, in addition to the limits of liability:

1. **Claim Expenses**

   **We** will pay:

   a) all costs **we** incur in the settlement of any claim or the defense of any suit against an **insured person**;

   b) interest accruing on damages awarded until such time as **we** have paid, formally offered, or deposited in court the amount for which **we** are liable under this policy; interest will be paid only on damages which do not exceed **our** limits of liability;

   c) premiums on bonds required in any suit **we** defend; **we** will not pay bond premiums in an amount that is more than **our** limit of liability; **we** have no obligation to apply for or furnish bonds;

   d) up to $150 per day for loss of wages and salary, when **we** ask **you** to attend trials and hearings;

   e) any other reasonable expenses incurred by an **insured person** at **our** request.

2. **Emergency First Aid**

   **We** will pay reasonable expenses incurred by an **insured person** for first aid to other persons at the time of an accident involving **bodily injury** covered under this policy.

3. **Damage To Property Of Others**

   At **your** request, **we** will pay up to $1,000 each time an **insured person** causes **property damage** to someone else's property. At **our** option, **we** will pay the cost to either repair or replace the property damaged by an **insured person**, without deduction for depreciation.

   **We** will not pay for **property damage**:

   a) to property covered under **Section I** of this policy;

   b) to property intentionally damaged by an **insured person** who has attained the age of 13;

   c) to property owned by or rented to an **insured person**, any tenant of an **insured person**, or any resident in **your** household; or

   d) arising out of:

   1) past or present **business** activities;

   2) any act or omission in connection with a premises, other than an **insured premises**, owned, rented or controlled by an **insured person**; or

3) the ownership or use of a motorized land vehicle, trailer, aircraft, hovercraft or watercraft.

# Section II Conditions

1. **What You Must Do After A Loss**

   In the event of **bodily injury** or **property damage**, **you** must do the following:

   a) Promptly notify **us** or **our** agent stating:

   1) **your** name and policy number;

   2) the date, the place and the circumstances of the loss;

   3) the name and address of anyone who might have a claim against an **insured person**;

   4) the names and addresses of any witnesses.

   b) Promptly send **us** any legal papers relating to the accident.

   c) At **our** request, an **insured person** will:

   1) cooperate with **us** and assist **us** in any matter concerning a claim or suit;

   2) help **us** enforce any right of recovery against any person or organization who may be liable to an **insured person**;

   3) attend any hearing or trial.

   d) Under the **Damage To Property Of Others** protection, give **us** a sworn statement of the loss. This must be made within 60 days after the date of loss. Also, an **insured person** must be prepared to show **us** any damaged property under that person's control.

   Any **insured person** will not voluntarily pay any money, assume any obligations or incur any expense, other than for first aid to others at the time of the loss as provided for in this policy.

2. **What An Injured Person Must Do—Guest Medical Protection–Coverage Y**

   If someone is injured, that person, or someone acting for that person, must do the following:

   a) Promptly give **us** written proof of the loss. If **we** request, this must be done under oath.

   b) Give **us** written authorization to obtain copies of all medical records and reports.

   c) Permit doctors **we** select to examine the injured person as often as **we** may reasonably require.

3. **Our Payment Of Loss—Guest Medical Protection–Coverage Y**
   **We** may pay the injured person or the provider of the medical services. Payment under this coverage is not an admission of liability by **us** or an **insured person**.

4. **Our Limits Of Liability**
   Regardless of the number of **insured persons**, injured persons, claims, claimants or policies involved, **our** total liability under **Family Liability Protection–Coverage X** for damages resulting from one **occurrence** will not exceed the Limit Of Liability shown on the Policy Declarations. All **bodily injury** and **property damage** resulting from continuous or repeated exposure to the same general conditions is considered the result of one **occurrence**.

   **Our** total liability under **Guest Medical Protection–Coverage Y** for all medical expenses payable for **bodily injury**, to any one person, shall not exceed the "each person" Limit Of Liability shown on the Policy Declarations.

5. **Bankruptcy**
   **We** are not relieved of any obligation under this policy because of the bankruptcy or insolvency of an **insured person**.

6. **Our Rights To Recover Payment—Family Liability Protection–Coverage X**
   When **we** pay any loss, an **insured person's** right to recover from anyone else becomes **ours** up to the amount **we** have paid. An **insured person** must protect these rights and help **us** enforce them.

7. **Action Against Us**
   a) No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, unless there has been full compliance with all policy terms.
   b) No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Family Liability Protection–Coverage X**, unless the obligation of an **insured person** to pay has been finally determined either by judgment against the **insured person** after actual trial, or by written agreement of the **insured person**, injured person and **us**, and the action against **us** is commenced within one year of such judgment or agreement.

   c) No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Guest Medical Protection–Coverage Y**, unless such action is commenced within one year after the date the expenses for which coverage is sought were actually incurred.
   d) No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Section II Additional Protection**, unless such action is commenced within one year after the date the claim expenses or emergency first aid expenses for which coverage is sought were actually incurred, or within one year after the date of loss to the property if coverage is being sought under the **Damage To Property Of Others** provision.
   e) No one shall have any right to make **us** a party to an action to determine the liability of an **insured person**.

8. **Other Insurance—Family Liability Protection–Coverage X**
   This insurance is excess over any other valid and collectible insurance except insurance that is written specifically as excess over the limits of liability that apply to this policy.

# Section III—Optional Protection

## Optional Coverages

The following Optional Coverages may supplement coverages found in **Section I** or **Section II** and apply only when they are indicated on the Policy Declarations. The provisions of this policy apply to each Optional Coverage in this section unless modified by the terms of the specific Optional Coverage.

1. **Building Codes–Coverage BC**
   **We** will pay up to the Limit Of Liability shown on the Policy Declarations for Building Codes coverage to comply with local building codes after covered loss to the **dwelling** or when repair or replacement results in increased cost due to the enforcement of any building codes, ordinances or laws regulating or requiring the construction, reconstruction, maintenance, replacement, repair, placement or demolition of the **dwelling**.

2. **Increased Coverage On Business Property–Coverage BP**
   The limitation on **business** property located on the **residence premises**, under **Personal Property**



Protection–**Coverage C**, is increased to the amount shown on the Policy Declarations. This increased coverage includes property held as samples or for sale or delivery after sale, while the property is on the **residence premises**.

3. **Fire Department Charges–Coverage F**
The $500 limit applying to the fire department service charges under **Additional Protection** is increased to the amount shown on the Policy Declarations.

4. **Loss Assessments–Coverage G**
If **your residence premises** includes a **building structure** which is constructed in common with one or more similar buildings, and **you** are a member of, and subject to the rules of, an association governing the areas held in common by all building owners as members of the association, the **insured premises** means the **building structure** occupied exclusively by **your** household as a private residence, including the grounds, related structures and private approaches to them.

**We** will pay **your** share of any special assessments charged against all building owners by the association up to the Limit Of Liability shown on the Policy Declarations, when the assessment is made as a result of:
a) sudden and accidental direct physical loss to the property held in common by all building owners caused by a loss **we** cover under **Section I** of this policy; or
b) **bodily injury** or **property damage** covered under **Section II** of this policy.

Any reduction or elimination of payments for losses because of any deductible applying to the insurance coverage of the association of building owners collectively is not covered under this protection.

**We** will pay only when the assessment levied against the **insured person**, as a result of any one loss, for **bodily injury** or **property damage** exceeds $500 and then only for the amount of such excess. This coverage is not subject to any deductible applying to **Section I** of this policy.

In the event of an assessment, this coverage is subject to all the exclusions applicable to **Sections I** and **II** of this policy and the **Section I** and **II Conditions**, except as otherwise noted.

This coverage is excess over any insurance collectible under any policy or policies covering the association of building owners.

5. **Extended Coverage On Jewelry, Watches And Furs–Coverage J**
**Personal Property Protection–Coverage C** is extended to pay for sudden and accidental direct physical loss to the following property, subject to the provisions in this coverage:
a) jewelry, watches, gems, precious and semi-precious stones, gold, platinum; and
b) furs, including any item containing fur which represents its principal value.

The total amount of coverage and per item limit is shown on the Policy Declarations. This amount is not in addition to the amount of insurance applying to **Personal Property Protection–Coverage C**. However, in no event will coverage be less than would have applied in the absence of **Coverage J**.

The following exclusions contained in **Losses We Do Not Cover Under Coverage C** apply to the coverage afforded under this **Coverage J**: items A.7, A.8, D.1 and D.3. In addition, **we** do not cover any loss consisting of or caused by one or more of the following excluded events, perils or conditions. Such loss is excluded regardless of whether the excluded event, peril or condition involves isolated or widespread damage, arises from natural, man-made or other forces, or arises as a result of any combination of these forces.
a) wear and tear;
b) gradual deterioration;
c) inherent vice; or
d) insects or vermin.

Any deductible shown on the Policy Declarations applicable to **Personal Property Protection–Coverage C**, also applies to a loss under this coverage.

6. **Increased Coverage On Theft Of Silverware–Coverage ST**
The $2,500 limitation on theft of goldware, silverware, pewterware and platinumware under **Personal Property Protection–Coverage C** is increased to the amount shown on the Policy Declarations.

**Policy Endorsement**



*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## Windstorm and Hail Deductible Endorsement – AVP82 (2016)

Under **Section I Conditions**, Conditions 1, **"Deductible,"** the following is added:

**Windstorm** And Hail Deductible
The windstorm and hail deductible applies in the event of covered loss caused by **windstorm** or hail.

The **windstorm** and hail deductible amount will appear on **your** Policy Declarations. **We** will pay only when a covered loss to which this deductible applies exceeds the **windstorm** and hail deductible amount. **We** will then pay only the excess amount.

If another deductible applicable to the loss exceeds the **windstorm** and hail deductible, the greater deductible will be applied to the loss.

All other provisions of **your** policy apply.

**Policy Endorsement**

Policy number:
Policy effective date:
Your Allstate agency is



*T       llowing endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## Indiana Amendatory Endorsement – AVP217

I.   In the **General** section of the policy, the following changes are made:

A.   The **Cancellation** provision is replaced by the following:

**Cancellation**
**Your** Right to Cancel:
**You** may cancel this policy by notifying **us** of the future date **you** wish to stop coverage.

**Our** Right to Cancel:
**We** may cancel this policy by mailing notice to **you** at the mailing address shown on the Policy Declarations. When this policy has been in effect for less than 60 days, and it is not a renewal with **us**, **we** may cancel this policy for any reason by giving **you** at least 10 days notice before the cancellation takes effect.

When the policy has been in effect for 60 days or more, or if it is a renewal with **us**, **we** may cancel this policy for one or more of the following reasons:
1.   nonpayment of premium;
2.   discovery of fraud or material misrepresentation made by or with the knowledge of the named insured in obtaining the policy, continuing the policy, or in presenting a claim under the policy;
3.   discovery of willful or reckless acts or omissions on the part of the named insured that increase a hazard insured against;
4.   the occurrence of a change in the risk that substantially changes or increases a hazard insured against after the insurance coverage has been issued or renewed;
5.   there has been a violation of any local fire, health, safety, building, or construction regulation or ordinance that substantially increases any hazard insured against;
6.   it is determined by the insurance commissioner that the continuation of the policy would place the insurer in violation of the insurance laws of Indiana; or

7.   real property taxes owing on the insured property have been delinquent for two or more years and continue to be delinquent at the time of cancellation is issued.

If the cancellation is for nonpayment of premium, **we** will give **you** at least 10 days notice. If the cancellation is for any other reasons, **we** will give **you** at least 30 days notice.

**Our** mailing the notice of cancellation to **you** will be deemed proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice. **Your** return premium, if any, will be calculated on a pro rata basis and refunded at the time of cancellation or as soon as possible. However, refund of unearned premium is not a condition of cancellation. Any unearned premium amounts under $2.00 will be refunded only upon **your** request.

**Our** Right Not to Renew or Continue:
**We** have the right not to renew or continue the policy beyond the current policy period. If **we** do not intend to continue or renew the policy, **we** will mail **you** notice at least 30 days before the end of the policy period. **Our** mailing the notice of nonrenewal to **you** will be deemed proof of notice.

B.   The **Action Against Us** provision is replaced by the following:

**Action Against Us**
No one may bring an action against **us** unless there has been full compliance with all policy terms.

Any action against **us** to which neither the **Action Against Us** provision located in **Section I Conditions** not the **Action Against Us** provision located in **Section II Conditions** applies must be commenced within two years from the date of loss.

If any action is brought asserting claims relating to the existence or amount of coverage, or the amount of loss for which coverage is sought, under different coverages of this policy, the claims relating to each coverage shall be treated as if they were separate actions for the purpose of the time limit to commence action.



Policy endorsement
Policy number: _____
Policy effective date:
Your Allstate agency is

C.   The following provisions are added:

**Conditional Reinstatement**
If **we** mail a cancellation notice because **you** did not pay the required premium when due and **you** then tender payment by check, draft or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void**.** This means that **we** will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice**.**

**Charge for Insufficient Funds**
If at any time, **your** payment of any premium amount due is made by check, electronic transaction, or other remittance which is not honored because of insufficient funds or a closed account, **you** will be charged a fee**.**

II.   In **Section I—Your Property**, the following changes are made:

A.   Under **Losses We Do Not Cover Under Coverages A and B**, the first paragraph of item A.10, is replaced by the following:

Vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants, including but not limited to fuels, gasoline, diesel fuel, motor oil, petroleum products and byproducts, brake fluid, transmission fluid, antifreeze, exhaust gases, lead, lead paint, carbon monoxide fumes, paint fumes, glue fumes, sewage, mercury, dry cleaning chemicals or byproducts and all substances specifically listed, identified, or described by one or more of the following references: Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) Priority List Hazardous Substances and the Resource Conservation and Recovery Act (RCRA) and the Toxic Substances Control Act (TSCA).

The remaining provisions under item A.10 are unchanged.

B.   Under **Losses We Do Not Cover Under Coverage C**, the first paragraph of item A.9, is replaced by the following:

Vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants, including but not limited to fuels, gasoline, diesel fuel, motor oil, petroleum products and byproducts, brake fluid, transmission fluid, antifreeze, exhaust gases, lead, lead paint, carbon monoxide fumes, paint fumes, glue fumes, sewage, mercury, dry cleaning chemicals or byproducts and all substances specifically listed, identified, or described by one or more of the following references: Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) Priority List Hazardous Substances and the Resource Conservation and Recovery Act (RCRA) and the Toxic Substances Control Act (TSCA).

The remaining provisions under item A.9 are unchanged.

III.   In **Section I Conditions**, item 12, **Action Against Us** is replaced by the following:

12.   **Action Against Us**
No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under a coverage to which **Section I Conditions** applies, unless:
a)   there has been full compliance with all policy terms; and
b)   the action is commenced within two years from the date of loss.

IV.   In **Section II—Family Liability And Guest Medical Protection**, the following changes are made:

A.   Under **Losses We Do Not Cover Under Coverage X**, items 8, 9, 10, and 19, are replaced by the following:

8.   **We** do not cover any **bodily injury** which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants, including but not limited to fuels, gasoline, diesel fuel, motor oil, petroleum products and byproducts, brake fluid, transmission fluid, antifreeze, exhaust gases, lead, lead paint, carbon monoxide fumes, paint fumes, glue fumes, sewage, mercury, dry cleaning

064 070 013
140622N 00333
4I00Q0ON 0O33306-4lNO0O01406232312O20O0313Q2102900I696

Policy endorsement
Policy number:
Policy effective date:
Your Allstate agency is



chemicals or byproducts and all substances specifically listed, identified, or described by one or more of the following references: Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) Priority List Hazardous Substances and the Resource Conservation and Recovery Act (RCRA) and the Toxic Substances Control Act (TSCA).

**We** will not apply this exclusion to **bodily injury** which results from such discharge, dispersal, release or escape, if the discharge, dispersal, release or escape is sudden and accidental.

9. **We** do not cover any **property damage** which results in any manner from vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants, including but not limited to fuels, gasoline, diesel fuel, motor oil, petroleum products and byproducts, brake fluid, transmission fluid, antifreeze, exhaust gases, lead, lead paint, carbon monoxide fumes, paint fumes, glue fumes, sewage, mercury, dry cleaning chemicals or byproducts and all substances specifically listed, identified, or described by one or more of the following references: Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) Priority List Hazardous Substances and the Resource Conservation and Recovery Act (RCRA) and the Toxic Substances Control Act (TSCA).

10. **We** do not cover any liability imposed upon any **insured person** by any civil, governmental or military authority for **bodily injury** or **property damage** which results in any manner from vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants, including but not limited to fuels, gasoline, diesel fuel, motor oil, petroleum products and byproducts, brake fluid, transmission fluid, antifreeze, exhaust gases, lead, lead paint, carbon monoxide fumes, paint fumes, glue fumes, sewage, mercury, dry cleaning chemicals or byproducts and all substances specifically listed, identified, or described by one or more of the following references:

Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) Priority List Hazardous Substances and the Resource Conservation and Recovery Act (RCRA) and the Toxic Substances Control Act (TSCA).

19. **We** do not cover any loss, cost or expense arising out of any request, demand, or order that any **insured person** test for, monitor, clean up, remove, contain, treat, detoxify, decontaminate, or neutralize, or in any way respond to or assess the effects of any type of vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants, including but not limited to fuels, gasoline, diesel fuel, motor oil, petroleum products and byproducts, brake fluid, transmission fluid, antifreeze, exhaust gases, lead, lead paint, carbon monoxide fumes, paint fumes, glue fumes, sewage, mercury, dry cleaning chemicals or byproducts and all substances specifically listed, identified, or described by one or more of the following references: Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) Priority List Hazardous Substances and the Resource Conservation and Recovery Act (RCRA) and the Toxic Substances Control Act (TSCA).

B. Under **Losses We Do Not Cover Under Coverage Y**, item 8, is replaced by the following:

8. **We** do not cover any **bodily injury** which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants, including but not limited to fuels, gasoline, diesel fuel, motor oil, petroleum products and byproducts, brake fluid, transmission fluid, antifreeze, exhaust gases, lead, lead paint, carbon monoxide fumes, paint fumes, glue fumes, sewage, mercury, dry cleaning chemicals or byproducts and all substances specifically listed, identified, or described by one or more of the following references: Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) Priority List Hazardous Substances and the



Policy endorsement
Policy number:
Policy effective date:
Your Allstate agency is

Resource Conservation and Recovery Act (RCRA) and the Toxic Substances Control Act (TSCA).

**We** will not apply this exclusion to **bodily injury** which results from such discharge, dispersal, release or escape, if the discharge, dispersal, release or escape is sudden and accidental**.**

V.  In **Section II Conditions**, the following changes are made:

A.  The title of item 1, **What You Must Do After A Loss** provision is changed to **What You Must Do After An Accidental Loss**.

B.  The first sentence of item 1, **What You Must Do After An Accidental Loss** provision is replaced by the following:

In the event of a loss where an **insured person** may be responsible for **bodily injury** or **property damage**, **you** or someone acting on **your** behalf must do the following things:

C.  Item 7, **Action Against Us** is replaced by the following:

**7.  Action Against Us**
a)  No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, unless there has been full compliance with all policy terms.
b)  No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Family Liability Protection–Coverage X**, unless the obligation of an **insured person** to pay has been finally determined either by judgment against the **insured person** after actual trial, or by written agreement of the **insured person**, injured person and **us**, and the action against **us** is commenced within one year of such judgment or agreement, or within two years from the date of loss, whichever is greater.
c)  No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Guest Medical Protection–Coverage Y**, unless such action is commenced within one year after the date

the expenses for which coverage is sought were actually incurred, or within two years from the date of loss, whichever is greater.
d)  No one may bring action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Section II Additional Protection**, unless such action is commenced within one year after the date the claim expenses or emergency first aid expenses for which coverage is sought were actually incurred, or within one year after the date of loss to the property if coverage is being sought under the **Damage To Property Of Others** provision, or within two years from the date of loss, whichever is greater.
e)  No one shall have any right to make **us** a party to an action to determine the liability of an **insured person**.

D.  The following provision is added:

**Liability Notice**
Notice given by or on behalf of the **insured person** to any of **our** authorized agents within Indiana with particulars sufficient to identify the **insured person**, shall be deemed notice to **us**.

All other policy terms and conditions apply**.**

**POLICY AND CLAIM SUMMARY – 0687787556**

**CLAIM INFORMATION**

CLAIM NUMBER: 0687787556      LOSS DATE: **01/20/2021**      REPORT DATE: 10/07/2022
CLAIM GROUP CODE: N/A      CLAIM GROUP NAME: N/A
PERIL: CPL      SUB-PERIL: **Assault / Violent Act by Insured**
LOSS LOCATION: ██████████
LOSS DESCRIPTION: INSURED ██████ SON IS ACCUSED OF SEXUAL ASSAULT FOR CHILD/REN

████████████████████████████████████████████████████

**FNOL INFORMATION**

#ROOMS DMG: 0   #CONTENTS DMG:      FLOOR TYPE:      #SHINGLES DMG:   **#STORIES:** 0      **STEEP:**
DAMAGE AREAS:
EXTERIOR DMG:
INTERIOR_DMG:
NEED EMERG SRVC:                                          #MOLD INDICATOR:
FNOL ADDITIONAL NOTES:

**POLICY INFORMATION**

NAMED INSURED: ██████████████████
POLICY NUMBER: 0932364741      CUSTOMER SINCE: 2004      ORIGINAL YEAR: 2014      EFFECTIVE DATE: 04/29/2020 to 04/29/2021
ADDRESS: ████████████████████
**CONSTRUCTION YEAR: 1970**      LADDER ASSIST: No Request Sent
ROOF INSTALL YEAR: 2012      ROOF AGE: 8      ROOF TYPE: Asphalt/Fiberglass Shingle

COMPANY: 064 Allstate Vehicle and Property Insurance Company
POLICY LINE: 070 Homeowners
POLICY TYPE: **A9 064**

AGENT:
#009000 CUSTOMER 2775 SANDERS ROAD CHARLOTTE NC 60062 (800) 255-7828

████████████████
██████████████████████
████████████████████████████
███████████████

POLICY/PERIL DEDUCTIBLE(S):
**All Perils 1,000**

ENDORSEMENT(S):
IN AMENDATORY ENDORSEMENT (AVP217-02); ROOF SURFACES EXTENDED COVERAGE ENDORSEMENT (AVP42-00); ENHANCED PACKAGE
ENDORSEMENT (AVP480-00); AVPIC HOUSE & HOME POLICY (AVP81-00); WINDSTORM AND HAIL DEDUCTIBLE ENDORSEMENT (AVP82-00)

COVERAGE(S):
**OPENABLE:** Additional Living Expense 30,319; Additional Living Expense - Mold; Debris Removal; Dwelling 303,185; Dwelling
- Mold; Fire Department Service Charge 500; Guest Medical 5,000; Liability 300,000; Other Structures 15,160; Other
Structures - Mold; Roof Surfaces Extended Coverage; Unscheduled Personal Property 181,911; Unscheduled Personal Property
- Mold;

**NON-OPENABLE:** Business Property Off - On Premise 200/1,000; Compact Discs 500; Contents of Refrigerator 500; Guns 2,000;
Jewelry, Watches, and Furs 1,000/5,000; Land 10,000; Lock Replacement 500; Motorized Land Vehicle 10,000; Motorized Land
Vehicle Parts, Equipment or Accessories 1,500; Replacement Cost - Contents; Silverware-Goldware-Pewterware 2,500; Theft
of Tools 10,000; Trading Cards 250/1,000; Trailer - Non Boat 1,000; Trees, Plants, and Shrubs 500/15,160; Watercraft
1,000;

**PRIOR CLAIM(S)**

**NO LOSS LOCATION AVAILABLE**

     CLAIM NUMBER: 0495202418      POLICY NUMBER: 0911125752      LOSS DATE: **03/12/2018**      LOSS PAYMENTS: $0.00
     POLICY LINE: 010 Auto - Private Passenger Voluntary      PERIL: Contact with other vehicle/property/other party
     LOSS DESCRIPTION: