# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

        Plaintiff

  v.

                                          Civil Action No. 4:22-cv-91

J O

L O

N A

K A

EO, *by Legal Guardians and Next Friends J.O. and L.O.*

HA, *by Legal Guardians and Next Friends N.A. and K.A.*

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: This case is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction due to unripeness the request for declaratory judgment regarding indemnity.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

_X_   decided by Judge Joseph S. Van Bokklen.

DATE: 2/14/2024                                CHANDA J. BERTA, CLERK OF COURT

                                               by   s/A. Highlen
                                               *Signature of Clerk or Deputy Clerk*